```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF TAMAR KEDEM SIMAN TOV, BY HEIR-AT-LAW GAD KEDEM, ESTATE OF O. S. T., BY HEIR-AT-LAW GAD KEDEM, GAD KEDEM, INDIVIDUALLY, REUMA KEDEM, TALIA BINER, ESTHER BINER, DITZA HEIMAN, NETA HEIMAN MINA, DAFNA SHAY HEIMAN, GIDEON HEIMAN GLATT, YASMIN BEN GIGI, MAAYAN ELIAZ, INDIVIDUALLY, ESTATE OF DIKLA ARAVA ELIAZ, BY HEIR-AT-LAWS ODIN ELIAZ AND STAV ELIAZ, ESTATE OF T.E., MINOR CHILD, BY HEIR-AT-LAW MAAYAN ELIAZ, ODIN ELIAZ, INDIVIDUALLY, STAV ARAVA ELIAZ, INDIVIDUALLY, DOV ELIAZ, YIFAT TANAMI, SAGI ARAVA, ALON ARAVA, HADAR BEN DAVID, LIAT KOPERSTEIN, YALI KOPERSTEIN, ZIV KOPERSTEIN, NAAMA KOPERSTEIN, GONI KOPERSTEIN AVNI, RAN AHARON AVNI, MAAYAN ZIN, INDIVIDUALLY, D.E., MINOR CHILD, BY LEGAL GUARDIAN MAAYAN ZIN, E.E., MINOR CHILD, BY LEGAL GUARDIAN MAAYAN ZIN, MERAV TAL (TAL ALFASI), RACHEL ALFENDRI, TOMER TAL ALFASI, ORI TAL ALFASI, KEREN BLANK, SIGALIT SHARABI, VIKTOR RAHMILOV, GALINA RAHMILOV, INDIVIDUALLY, SOFIA HODEDATOV, SIGAL BENBENISTE, NATALI RAHMILOV, E.L.R, MINOR CHILD, BY LEGAL GUARDIAN GALINA RAHMILOV, TAMIR HODEDATOV, HANANEL BENBENISTE, EFIM SOLOMONOV, ESTATE OF YUVAL BAR-ON, BY HEIRS-AT-LAW ORIT BAR-ON AND ITZHAK BAR-ON, ORIT BAR-ON, INDIVIDUALLY, ITZHAK BAR-ON, INDIVIDUALLY, ESTATE OF MOSHE SHUVA, BY HEIR-AT-LAW YOSSEF SHUVA, YOSSEF SHUVA, INDIVIDUALLY, SONIA SHUVA, MAAYAN DEVIKO, SHIMON SHUVA, ESTATE OF DROR KAPLUN, BY HEIRS-AT-LAW NOAM KAPLUN, MAAYAN KAPLUN KEIDAR, MORAN KAPLUN (TARASOV), NOAM KAPLUN, INDIVIDUALLY, MAAYAN KAPLUN KEIDAR, INDIVIDUALLY, MORAN

| | |
|---|---|
| KAPLUN (TARASOV), INDIVIDUALLY, ESTATE OF MARCEL FRAILICH, BY HEIRS-AT-LAW MOR FRIDA STRIKOVKI, ZIV FRAILICH, AMIT FRAILICH, MOR FRIDA STRIKOVSKI, INDIVIDUALLY, ZIV FRAILICH, INDIVIDUALLY, AMIT FRAILICH, INDIVIDUALLY, SHARON CASPI, AMIT CASPI, INDIVIDUALLY, NIV CASPI, MAY CASPI, S. C., MINOR CHILD, BY LEGAL GUARDIAN AMIT CASPI, ESTATE OF VARDA HARAMATY, BY HEIR-AT-LAW AYELET HARAMATI MIZRAHI, AYELET HARAMATI MIZRAHI, INDIVIDUALLY, AVRAHAM MIZRAHI, ITAMAR MIZRAHI, TOMER MIZRAHI, EDITH HYAMS, ASHER SABAG, MICHAL SABAG, DOR MICHAEL SABAG, DANNY OFER VAGE, INDIVIDUALLY, GAT VAGE, H. V., MINOR CHILD, BY LEGAL GUARDIAN DANNY OFER VAGE, S. V., MINOR CHILD, BY LEGAL GUARDIAN DANNY OFER VAGE, ESTATE OF MARK SHINDEL, BY HEIR-AT-LAW JULIA SHINDEL, JULIA SHINDEL, INDIVIDUALLY, IGOR SHINDEL, GUY SHINDEL, B. S., MINOR CHILD, BY LEGAL GUARDIAN JULIA SHINDEL, ESTATE OF YUVAL SALOMON, BY HEIR-AT-LAW DORON SALOMON, DORON SALOMON, INDIVIDUALLY, ESTATE OF GAYA HALIFA, BY HEIRAT-LAW AVRAHAM HALIFA, AVRAHAM HALIFA, INDIVIDUALLY, SIGAL HALIFA, NOGA HALIFA, IDO HALIFA, IRIT LAHAV, TAMAR LAHAV, ELIYAHU HANAN BUCH, NITZAN LAHAV-PASTER, YAARA SZATMARI, ILAN LAHAV, GALIT LAHAV, INDIVIDUALLY, GUI LAHAV, R. L., MINOR CHILD, BY LEGAL GUARDIAN GALIT LAHAV, AND OMER LAHAV, | |
| Plaintiffs, | |
| -against- | 24 Civ. 4765 (AT) |
| UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), PHILIPPE LAZZARINI, PIERRE KRÄHENBÜHL, FILIPPO GRANDI, LENI STENSETH, SANDRA MITCHELL, | **ORDER** |

2

MARGOT ELLIS, AND GRETA
GUNNARSDOTTIR,

                      Defendants.

ANALISA TORRES, District Judge:

       To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means.  It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants.  The parties are encouraged to engage in discovery through remote means at every available opportunity.

       SO ORDERED.

Dated: July 2, 2024
       New York, New York

                                                 ANALISA TORRES
                                         United States District Judge