USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/02/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF TAMAR KEDEM SIMAN TOV, BY HEIR-AT-LAW GAD KEDEM, ESTATE OF O. S. T., BY HEIR-AT-LAW GAD KEDEM, GAD KEDEM, INDIVIDUALLY, REUMA KEDEM, TALIA BINER, ESTHER BINER, DITZA HEIMAN, NETA HEIMAN MINA, DAFNA SHAY HEIMAN, GIDEON HEIMAN GLATT, YASMIN BEN GIGI, MAAYAN ELIAZ, INDIVIDUALLY, ESTATE OF DIKLA ARAVA ELIAZ, BY HEIR-AT-LAWS ODIN ELIAZ AND STAV ELIAZ, ESTATE OF T.E., MINOR CHILD, BY HEIR-AT-LAW MAAYAN ELIAZ, ODIN ELIAZ, INDIVIDUALLY, STAV ARAVA ELIAZ, INDIVIDUALLY, DOV ELIAZ, YIFAT TANAMI, SAGI ARAVA, ALON ARAVA, HADAR BEN DAVID, LIAT KOPERSTEIN, YALI KOPERSTEIN, ZIV KOPERSTEIN, NAAMA KOPERSTEIN, GONI KOPERSTEIN AVNI, RAN AHARON AVNI, MAAYAN ZIN, INDIVIDUALLY, D.E., MINOR CHILD, BY LEGAL GUARDIAN MAAYAN ZIN, E.E., MINOR CHILD, BY LEGAL GUARDIAN MAAYAN ZIN, MERAV TAL (TAL ALFASI), RACHEL ALFENDRI, TOMER TAL ALFASI, ORI TAL ALFASI, KEREN BLANK, SIGALIT SHARABI, VIKTOR RAHMILOV, GALINA RAHMILOV, INDIVIDUALLY, SOFIA HODEDATOV, SIGAL BENBENISTE, NATALI RAHMILOV, E.L.R, MINOR CHILD, BY LEGAL GUARDIAN GALINA RAHMILOV, TAMIR HODEDATOV, HANANEL BENBENISTE, EFIM SOLOMONOV, ESTATE OF YUVAL BAR-ON, BY HEIRS-AT-LAW ORIT BAR-ON AND ITZHAK BAR-ON, ORIT BAR-ON, INDIVIDUALLY, ITZHAK BAR-ON, INDIVIDUALLY, ESTATE OF MOSHE SHUVA, BY HEIR-AT-LAW YOSSEF SHUVA, YOSSEF SHUVA, INDIVIDUALLY, SONIA SHUVA, MAAYAN DEVIKO, SHIMON SHUVA, ESTATE OF DROR KAPLUN, BY HEIRS-AT-LAW NOAM KAPLUN, MAAYAN KAPLUN KEIDAR, MORAN KAPLUN (TARASOV), NOAM KAPLUN, INDIVIDUALLY, MAAYAN KAPLUN KEIDAR, INDIVIDUALLY, MORAN

| | |
|---|---|
| KAPLUN (TARASOV), INDIVIDUALLY, ESTATE OF MARCEL FRAILICH, BY HEIRS-AT-LAW MOR FRIDA STRIKOVKI, ZIV FRAILICH, AMIT FRAILICH, MOR FRIDA STRIKOVSKI, INDIVIDUALLY, ZIV FRAILICH, INDIVIDUALLY, AMIT FRAILICH, INDIVIDUALLY, SHARON CASPI, AMIT CASPI, INDIVIDUALLY, NIV CASPI, MAY CASPI, S. C., MINOR CHILD, BY LEGAL GUARDIAN AMIT CASPI, ESTATE OF VARDA HARAMATY, BY HEIR-AT-LAW AYELET HARAMATI MIZRAHI, AYELET HARAMATI MIZRAHI, INDIVIDUALLY, AVRAHAM MIZRAHI, ITAMAR MIZRAHI, TOMER MIZRAHI, EDITH HYAMS, ASHER SABAG, MICHAL SABAG, DOR MICHAEL SABAG, DANNY OFER VAGE, INDIVIDUALLY, GAT VAGE, H. V., MINOR CHILD, BY LEGAL GUARDIAN DANNY OFER VAGE, S. V., MINOR CHILD, BY LEGAL GUARDIAN DANNY OFER VAGE, ESTATE OF MARK SHINDEL, BY HEIR-AT-LAW JULIA SHINDEL, JULIA SHINDEL, INDIVIDUALLY, IGOR SHINDEL, GUY SHINDEL, B. S., MINOR CHILD, BY LEGAL GUARDIAN JULIA SHINDEL, ESTATE OF YUVAL SALOMON, BY HEIR-AT-LAW DORON SALOMON, DORON SALOMON, INDIVIDUALLY, ESTATE OF GAYA HALIFA, BY HEIRAT-LAW AVRAHAM HALIFA, AVRAHAM HALIFA, INDIVIDUALLY, SIGAL HALIFA, NOGA HALIFA, IDO HALIFA, IRIT LAHAV, TAMAR LAHAV, ELIYAHU HANAN BUCH, NITZAN LAHAV-PASTER, YAARA SZATMARI, ILAN LAHAV, GALIT LAHAV, INDIVIDUALLY, GUI LAHAV, R. L., MINOR CHILD, BY LEGAL GUARDIAN GALIT LAHAV, AND OMER LAHAV, | |
| Plaintiffs, | |
| -against- | 24 Civ. 4765 (AT) (SDA) |
| UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), PHILIPPE LAZZARINI, PIERRE KRÄHENBÜHL, FILIPPO GRANDI, LENI STENSETH, SANDRA MITCHELL, | **ORDER** |

2

| MARGOT ELLIS, AND GRETA GUNNARSDOTTIR, |
| :--- |
| Defendants. |

ANALISA TORRES, District Judge:

      To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

      If all parties consent to proceed before the Magistrate Judge, counsel for Defendants shall, by **August 23, 2024**, file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754 and attached to this order, on the docket. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me. An information sheet on proceedings before magistrate judges is also attached to this order. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

      If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, by **August 23, 2024**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The parties are free to withhold consent without negative consequences.

      SO ORDERED.

Dated: July 2, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge

3

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|                          |   |                  |
|--------------------------|---|------------------|
| _____ | ) |                  |
| *Plaintiff*              | ) |                  |
| v.                       | ) | Civil Action No. |
| _____ | ) |                  |
| *Defendant*              | ) |                  |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.



**United States District Court**
**Southern District of New York**

## UNITED STATES MAGISTRATE JUDGES:
## REFERRALS AND CONSENTS

All cases in the Southern District of New York are assigned to two judges: a district judge and a magistrate judge. District judges are appointed for life terms by the President. Magistrate judges are selected by a majority vote of the district judges in the particular district and serve terms of eight years.

**Referrals to the Magistrate Judge.** The district judge assigned to your case may refer the case to a magistrate judge for specific purposes. Commonly, the referral will be for the magistrate judge to conduct the proceedings that occur before trial, such as resolving discovery disputes or presiding over settlement conferences. A referral may also be made for the magistrate judge to issue to the district judge a report and recommendation on how to resolve a motion, such as a motion to dismiss or a motion for summary judgment. The consent of the parties is not needed for the district judge to refer the case to the magistrate judge for these purposes. If the district judge has made such a referral, you can ask the district judge to review any magistrate judge's decision by filing an objection with the district judge within fourteen days of that decision. The district judge will rule on any timely objections that you file. If you do not file an objection, you will give up your right to challenge the magistrate judge's decision at a later time, including on appeal. *See* Rule 72 of the Federal Rules of Civil Procedure.

**Consent to Proceed Before the Magistrate Judge.** If you would like your case to move more quickly, it is helpful to consent to proceed before the magistrate judge for all purposes, including any trial. If you consent, the magistrate judge will perform the identical function that the district judge would have performed. Any trial in your case would be either a jury or a nonjury trial, depending upon whether there is a right to a jury trial and a proper request for such a trial. The only difference is that the magistrate judge – and not the district judge – would preside over that trial. Cases that proceed for all purposes before a magistrate judge generally move more quickly than cases before a district judge. If you consent to proceed before the magistrate judge, the district judge plays no further role in the case. Any appeal is taken directly to the Court of Appeals. It is your choice whether or not to consent to proceed before the magistrate judge, and all parties must consent or the case will not proceed before the magistrate judge.

A copy of the appropriate consent form is attached. Additional forms are also available from the Pro Se Intake Unit and on the Court's website.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

Rev. 1/20/15