**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

#318922

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ESTATE OF TAMAR KEDEM SIMAN TOV,
ET AL.

             Plaintiffs,

    v.

UNITED NATIONS RELIEF AND WORKS
AGENCY (UNRWA), ET AL.

             Defendants.
-----------------------------------------------------------X

Civil Action No. 1:24-cv-04765-AT

AFFIRMATION OF SERVICE

ANGELA CAMPBELL affirms that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 10 day of July, 2024, at approximately 12:55 pm, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY DEMAND upon UNITED NATIONS RELIEF AND WORKS AGENCY (UNRWA) at 1901 Pennsylvania Avenue NW, Suite 804, Washington, DC 20006, by personally delivering and leaving the same with WILLIAM R. DEERE, who is a Director and is authorized to receive service for that company.

WILLIAM R. DEERE is a white male, approximately 55-65 years of age, stands approximately 5 feet 9 inches to 6 feet tall, and weighs approximately 161-200 pounds with blonde/gray hair.

ANGELA CAMPBELL affirms this \_\_10th\_\_ day of July, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

_/s/ Angela Campbell_
ANGELA CAMPBELL