

#318921

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ESTATE OF TAMAR KEDEM SIMAN TOV,
ET AL.

        Plaintiffs,

v.

UNITED NATIONS RELIEF and WORKS AGENCY
(UNRWA), ET AL.

        Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:24-cv-04765-AT

AFFIRMATION OF SERVICE

ANDY ZHANG affirms that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 5 day of July, 2024, at approximately the time of 4:44 pm, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY DEMAND upon MARGOT ELLIS at 2024 Rhode Island Avenue, McLean, VA 22101, but deponent rang the doorbell twice and heard chimes go off inside the house. There was no answer at the door, but there were two cars parked with Virginia Plates WUJ-3753 and UVT-3094 in the driveway.

That on the 8 day of July, 2024, at approximately the time of 8:08 pm, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY DEMAND upon MARGOT ELLIS at 2024 Rhode Island Avenue, McLean, VA 22101, but deponent noticed that the lights were on inside so he rang the doorbell and heard a woman's voice say something and a dog barking inside. Deponent rang the doorbell again and there was no answer and the dog continued to bark, but there was no noise inside anymore. Also, deponent knocked on the door and there was no answer so he waited around for 10 minutes, but there was no change

That on the 10 day of July, 2024, at approximately the time of 6:50 pm, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY DEMAND upon MARGOT ELLIS at 2024 Rhode Island Avenue, McLean, VA 22101, but deponent rang the doorbell and the dog started to bark inside. There was no answer at the door and deponent thinks he heard a male voice but it could have been the TV. Then deponent spoke with the neighbor who confirmed that Margot Ellis lives at this address.

**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

That on the 11 day of July, 2024, at approximately the time of 1:31 pm, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY DEMAND upon MARGOT ELLIS at 2024 Rhode Island Avenue, McLean, VA 22101, but deponent saw that both cars that were in the driveway were gone and the dog was outside on the porch. There was a sign on the property that stated "Invisible Fence" so deponent walked down the driveway and the dog started barking and walking toward him. Deponent then stepped back because it was obvious that the owners were not home.

That on the 15 day of July, 2024, at approximately the time of 9:57 am, deponent attempted to serve a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY DEMAND upon MARGOT ELLIS at 2024 Rhode Island Avenue, McLean, VA 22101, but there was no answer at the door.

At that time, therefore, deponent served a true copy of the foregoing papers upon MARGOT ELLIS by firmly affixing same conspicuously on the front door at that address, the actual place of residence.

ANDY ZHANG affirms this ___17TH___ day of July, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

300081

L.S., Inc.
1 Broadway
ite 808
w York, NY 10013
2-925-1220
ww.dlsnational.com

ANDY ZHANG

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ESTATE OF TAMAR KEDEM SIMAN TOV,
ET AL.

          Plaintiffs,                      Civil Action No. 1:24-cv-04765-AT

  v.                                              AFFIRMATION OF MAILING

UNITED NATIONS RELIEF and WORKS AGENCY
(UNRWA), ET AL.

          Defendants.
------------------------------------------------------------------X

        **CHRISTINA MARAVENTANO** affirms that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 17 day of July, 2024, deponent served a true copy of the upon **MARGOT ELLIS** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**MARGOT ELLIS**
**2024 RHODE ISLAND AVENUE**
**MCLEAN, VA 22101**

        **CHRISTINA MARAVENTANO** affirms this 17th day of July, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

*Christina Maraventano*
**CHRISTINA MARAVENTANO**

# 300081

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com