**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ESTATE OF TAMAR KEDEM SIMAN TOV, et al.,            Civil Action No. 24-cv-04765
        Plaintiffs,
   -against-

                                                        **AFFIRMATION OF SERVICE**

UNITED NATIONS RELIEF AND WORKS AGENCY
(UNRWA), et al.,
        Defendants.
-------------------------------------------------------X

        **HECTOR FIGUEROA** affirms that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 3rd day of July, 2024, at approximately the time of 4:00pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY DEMAND** upon **GRETA GUNNARSDOTTIR** at 222 E. 44th Street, Apt. 38A, New York, NY 10017, but the desk clerk said that Greta Gunnarsdottir does not live in Apt. 36M but moved to Apt. 38A six months ago, there was no answer to knocking on the door of Apt. 38A for Greta Gunnarsdottir, the desk clerk said that they have not seen her in two weeks.

        That on the 10th day of July, 2024, at approximately the time of 8:45pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY DEMAND** upon **GRETA GUNNARSDOTTIR** at 222 E. 44th Street, Apt. 38A, New York, NY 10017, but there was no answer to knocking on the door of Apt. 38A for Greta Gunnarsdottir, and no answer to the call to the apartment from the desk clerk. The desk clerk also said that he still has not seen Greta Gunnarsdottir come back.

        That on the 23rd day of July, 2024, at approximately the time of 10:45am, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH JURY DEMAND** upon **GRETA GUNNARSDOTTIR** at 222 E. 44th Street, Apt. 38A, New York, NY 10017, but there was no answer to knocking on the door of Apt. 38A for Greta Gunnarsdottir, and no answer to the call to Apt. 38A from the desk clerk.

        At that time, therefore, deponent served a true copy of the foregoing papers upon **GRETA GUNNARSDOTTIR** by firmly affixing same conspicuously on the silver door to Apt. 38A for Greta Gunnarsdottir, Apt.

#300158

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com



38A is across from Apt. 38H and stair B, the hallway walls are a grey wallpaper color with grey carpet in the hallway, at that address, the actual place of residence.

That on the 23rd day of July, 2024, deponent served another copy of the foregoing upon **GRETA GUNNARSDOTTIR** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of New York and State of New York, addressed as follows:

**GRETA GUNNARSDOTTIR**
222 E. 44th Street
Apt. 38A
New York, NY 10017

**HECTOR FIGUEROA** affirms this 24th day of July, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

_____
**HECTOR FIGUEROA, #0870141**

#300158

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com