UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF TAMAR KEDEM SIMAN TOV, et al.,

                Plaintiffs,

-against-

UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), PHILIPPE LAZZARINI, PIERRE KRÄHENBÜHL, FILIPPO GRANDI, LENI STENSETH, SANDRA MITCHELL, MARGOT ELLIS, AND GRETA GUNNARSDOTTIR,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/31/2024_

24 Civ. 4765 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated July 30, 2024, the United States of America filed a letter pursuant to 28 U.S.C. § 517, arguing that Defendants are immune from this action and that the Court lacks subject matter jurisdiction. ECF No. 17. Accordingly:

1. By **August 27, 2024**, Plaintiffs shall respond to the United States' July 30, 2024 letter;
2. By **September 10, 2024**, the United States may file a reply, if any; and
3. The August 23, 2024 deadline to submit a joint letter and proposed case management plan, *see* ECF No. 13, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 31, 2024
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge