AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Estate of Tamar Kedem Siman Tov et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-cv-4765 (AT) |
| United Nations Relief and Works Agency (UNRWA) et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States (Interested Party).

Date: August 1, 2024

*Attorney's signature*

Tara Schwartz
*Printed name and bar number*

United States Attorney's Office - SDNY
86 Chambers Street, Third Floor
New York, NY 10007
*Address*

tara.schwartz@usdoj.gov
*E-mail address*

(212) 637-2633
*Telephone number*

*FAX number*