# AMINI LLC

Avery Samet
MEMBER NY BAR

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2024
```

August 22, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
United States District Courthouse
500 Pearl Street
New York, NY 10007

    **Re:**    **Estate of Kedem**, *et al.* **v. UNRWA**, *et al.*
          **24-cv-4765 (AT)**

Dear Judge Torres:

We represent the plaintiffs in this action. We write pursuant to I.C of the Court's Individual Practices to request a two-and-a-half week extension (to Friday, September 13, 2024) of the August 27, 2024 date set in the Court's sua sponte scheduling order (Doc. No. 19) for Plaintiff's response to the Government's letter of July 30, 2024 (Doc. No. 17) suggesting the defendants are immune from being sued in this Court.

The reason for the request is that given the time of year and vacation schedules it has proved impossible for all of the various counsel whose input is needed for the response to review drafts and provide their comments. There have been no previous requests for an extension of this deadline.

The only other scheduled date this request affects is that for the Government's reply, if any, which the Court had set for September 10, 2024. After consulting the Government's counsel, we request that that date be adjourned to October 4, 2024.

Respectfully submitted,

/s/ Avery Samet

Avery Samet

GRANTED.

SO ORDERED.

Dated: August 23, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge