**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ESTATE OF TAMAR KEDEM SIMAN TOV, BY HEIR-AT-LAW GAD KEDEM, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), ET AL., <br><br> Defendants. | § § § § § § § § § § § | Civil Action No. <br> 24 Civ. 4765 (AT) |

**DECLARATION OF JOHN W. BREWER IN SUPPORT OF**
**PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO**
**THE GOVERNMENT'S LETTER CONCERNING IMMUNITY ISSUES**

I, John W. Brewer, an attorney admitted to practice before this Court, hereby declare the following to be true and correct under penalty of perjury pursuant to 28 U.S.C § 1746:

1.     I am of counsel to Amini LLC, attorneys for the Plaintiffs in the above-captioned action. I respectfully submit this Declaration in Support of Plaintiffs' Memorandum of Law in Response to the Government's Letter Concerning Immunity Issues.

2.     Attached as Exhibit A is a true and correct copy of the U.S. Senate's Executive Report No. 91-17, dated March 17, 1970

3.     Attached as Exhibit B is a true and correct copy of remarks entitled "Should United Nations Funds Finance the Training of Arab Terrorists?" published in the Congressional Record, dated February 27, 1970.

4.     Attached as Exhibit C is a true and correct copy of remarks entitled "Education for Hatred – Middle East Tragedy" published in the Congressional Record, dated May 26, 1970.

5.    Attached as Exhibit D is a true and correct copy of the United Nations Systems

organizational chart, taken from the UN's own website at

https://www.un.org/sites/un2.un.org/files/23-00013_un_system_chart_11x8.5_print_e.pdf

6.    Attached as Exhibit E is a true and correct copy of United Nations General

Assembly Resolution 302, dated December 8, 1949.

7.    Attached as Exhibit F is a true and correct copy of pertinent pages from the

UNRWA's 2024-2025 Programme Budget, dated August 2023.

8.    Attached as Exhibit G is a true and correct copy of the United Nations Appeals

Tribunal's decision in *Nemrawi v. Commissioner-General of the United Nations Relief and*

*Works Agency for Palestine Refugees in the Near East*, Case No. 2018-1139, Judgment No.

2018-UNAT-851.

9.    Attached as Exhibit H is a true and correct copy of a Statement from the UNRWA

Executive Office of the Commissioner-General on Staff Pay, dated April 28, 2023.

10.    Attached as Exhibit I is a true and correct copy of the United Nations Appeals

Tribunal's decision in *Tabari v. Commissioner-General of the United Nations Relief and Works*

*Agency for Palestine Refugees in the Near East*, Case No. 2010-182, Judgment No. 2011-

UNAT-177.

11.    Attached as Exhibit J is a true and correct copy of the UN International Law

Commission's "Draft conclusions on identification and legal consequences of peremptory norms

of general international law (*jus cogens*), with commentaries, published in 2022.

12.    Attached as Exhibit K is a true and correct copy of United Nations Security

Council Resolution 1373, dated September 28, 2001.

13.    Attached as Exhibit L is a true and correct copy of Ambassador John R. Bolton's

Remarks on Iran and the Sudan, dated April 25, 2006, as posted on the State Department's

website.

14.    Attached as Exhibit M is a true and correct copy of United Nations General

Assembly Resolution 60/147 ("Basic Principles and Guidelines on the Right to a Remedy and

Reparation for Victims of Gross Violations of International Human Rights Law and Serious

Violations of International Humanitarian Law"), dated March 21, 2006.

15.    Attached as Exhibit N is a true and correct copy of United Nations General

Assembly Resolution 76(I) ("Privileges and Immunities of the Staff of the Secretariat of the

United Nations"), dated December 7, 1946.

16.    Attached as Exhibit O is a true and correct copy of United Nations General

Assembly Resolution 177 (III) ("Formulation of the principles recognized in the Charter of the

Nürnberg Tribunal and the judgment of the Tribunal"), dated November 21, 1947, together with

a true and correct copy of the resultant "Principles of International Law" promulgated in 1950 by

the International Law Commission in response to that resolution.

17.    Attached as Exhibit P is a true and correct copy of an UNRWA press release

("Serious Allegations Against UNRWA Staff in the Gaza Strip"), dated January 26, 2024.

18.    Attached as Exhibit Q is a true and correct copy of a United Nations press release

("Daily Briefing by the Office of the Spokesperson for the Secretary-General"), dated January

26, 2024.

19.    Attached as Exhibit R is a true and correct copy of a New York Times article

("How UNRWA Donor Countries Have Responded to Israel's Accusations"), dated January 28,

2024.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
           September 13, 2024

                                                  By: _/s /_ _John W. Brewer_____
                                                         John W. Brewer