# Exhibit D



# The United Nations System

**PRINCIPAL ORGANS**
- GENERAL ASSEMBLY
- SECURITY COUNCIL
- ECONOMIC AND SOCIAL COUNCIL
- SECRETARIAT
- INTERNATIONAL COURT OF JUSTICE
- TRUSTEESHIP COUNCIL[6]

## General Assembly

### Subsidiary Organs
- Disarmament Commission
- Human Rights Council
- International Law Commission
- Joint Inspection Unit (JIU)
- Main committees
- Standing committees and ad hoc bodies

### Funds and Programmes[1]
- **UNDP** United Nations Development Programme
  - **UNCDF** United Nations Capital Development Fund
  - **UNV** United Nations Volunteers
- **UNEP**[8] United Nations Environment Programme
- **UNFPA** United Nations Population Fund
- **UN-HABITAT**[8] United Nations Human Settlements Programme
- **UNICEF** United Nations Children's Fund
- **WFP** World Food Programme (UN/FAO)

### Research and Training
- **UNIDIR** United Nations Institute for Disarmament Research
- **UNITAR** United Nations Institute for Training and Research
- **UNSSC** United Nations System Staff College
- **UNU** United Nations University

### Other Entities
- **ITC** International Trade Centre (UN/WTO)
- **UNCTAD**[1,8] United Nations Conference on Trade and Development
- **UNHCR**[1] Office of the United Nations High Commissioner for Refugees
- **UNOPS**[1] United Nations Office for Project Services
- **UNRWA**[1] United Nations Relief and Works Agency for Palestine Refugees in the Near East
- **UN-WOMEN**[1] United Nations Entity for Gender Equality and the Empowerment of Women

### Related Organizations
- **CTBTO** Preparatory Commission for the Comprehensive Nuclear-Test-Ban Treaty Organization
- **IAEA**[1,3] International Atomic Energy Agency
- **ICC** International Criminal Court
- **IOM**[1] International Organization for Migration
- **ISA** International Seabed Authority
- **ITLOS** International Tribunal for the Law of the Sea
- **OPCW**[3] Organization for the Prohibition of Chemical Weapons
- **WTO**[1,4] World Trade Organization

### Peacebuilding Commission

### HLPF
High-level Political Forum on Sustainable Development

## Security Council

### Subsidiary Organs
- Counter-Terrorism Committee
- International Residual Mechanism for Criminal Tribunals
- Military Staff Committee
- Peacekeeping operations and political missions
- Sanctions committees (ad hoc)
- Standing committees and ad hoc bodies

## Economic and Social Council

### Functional Commissions
- Crime Prevention and Criminal Justice
- Narcotic Drugs
- Population and Development
- Science and Technology for Development
- Social Development
- Statistics
- Status of Women
- United Nations Forum on Forests

### Regional Commissions[8]
- **ECA** Economic Commission for Africa
- **ECE** Economic Commission for Europe
- **ECLAC** Economic Commission for Latin America and the Caribbean
- **ESCAP** Economic and Social Commission for Asia and the Pacific
- **ESCWA** Economic and Social Commission for Western Asia

### Other Bodies[10]
- Committee for Development Policy
- Committee of Experts on Public Administration
- Committee on Non-Governmental Organizations
- Permanent Forum on Indigenous Issues
- **UNAIDS** Joint United Nations Programme on HIV/AIDS
- **UNGEGN** United Nations Group of Experts on Geographical Names
- **UNGGIM** Committee of Experts on Global Geospatial Information Management

### Research and Training
- **UNICRI** United Nations Interregional Crime and Justice Research Institute
- **UNRISD** United Nations Research Institute for Social Development

### Specialized Agencies[1,5]
- **FAO** Food and Agriculture Organization of the United Nations
- **ICAO** International Civil Aviation Organization
- **IFAD** International Fund for Agricultural Development
- **ILO** International Labour Organization
- **IMF** International Monetary Fund
- **IMO** International Maritime Organization
- **ITU** International Telecommunication Union
- **UNESCO** United Nations Educational, Scientific and Cultural Organization
- **UNIDO** United Nations Industrial Development Organization
- **UNWTO** World Tourism Organization
- **UPU** Universal Postal Union
- **WHO** World Health Organization
- **WIPO** World Intellectual Property Organization
- **WMO** World Meteorological Organization
- **WORLD BANK GROUP**[7]
  - **IBRD** International Bank for Reconstruction and Development
  - **IDA** International Development Association
  - **IFC** International Finance Corporation

## Secretariat

### Departments and Offices[9]
- **EOSG** Executive Office of the Secretary-General
- **DCO** Development Coordination Office
- **DESA** Department of Economic and Social Affairs
- **DGACM** Department for General Assembly and Conference Management
- **DGC** Department of Global Communications
- **DMSPC** Department of Management Strategy, Policy and Compliance
- **DOS** Department of Operational Support
- **DPO** Department of Peace Operations
- **DPPA** Department of Political and Peacebuilding Affairs
- **DSS** Department of Safety and Security
- **OCHA** Office for the Coordination of Humanitarian Affairs
- **OCT** Office of Counter-Terrorism
- **ODA** Office for Disarmament Affairs
- **OHCHR** Office of the United Nations High Commissioner for Human Rights
- **OIOS** Office of Internal Oversight Services
- **OLA** Office of Legal Affairs
- **OOSA** Office for Outer Space Affairs
- **OSAA** Office of the Special Adviser on Africa
- **SRSG/CAAC** Office of the Special Representative of the Secretary-General for Children and Armed Conflict
- **SRSG/SVC** Office of the Special Representative of the Secretary-General on Sexual Violence in Conflict
- **SRSG/VAC** Office of the Special Representative of the Secretary-General on Violence Against Children
- **UNDRR** United Nations Office for Disaster Risk Reduction
- **UNODC**[1] United Nations Office on Drugs and Crime
- **UNOG** United Nations Office at Geneva
- **UN-OHRLLS** Office of the High Representative for the Least Developed Countries, Landlocked Developing Countries and Small Island Developing States
- **UNON** United Nations Office at Nairobi
- **UNOP**[2] United Nations Office for Partnerships
- **UNOV** United Nations Office at Vienna
- **UN YOUTH** United Nations Youth Office

### Notes:
1. Member of the United Nations System Chief Executives Board for Coordination (CEB).
2. The United Nations Office for Partnerships is the focal point vis-a-vis the United Nations Foundation, Inc.
3. IAEA and OPCW report to the Security Council and the General Assembly (GA).
4. WTO has no reporting obligation to the GA, but contributes on an ad hoc basis to GA and Economic and Social Council (ECOSOC) work on, inter alia, finance and development issues.
5. Specialized agencies are autonomous organizations whose work is coordinated through ECOSOC (intergovernmental level) and CEB (inter-secretariat level).
6. The Trusteeship Council suspended operations on 1 November 1994, as Palau, the last United Nations Trust Territory, became independent on 1 October 1994.
7. International Centre for Settlement of Investment Disputes (ICSID) and Multilateral Investment Guarantee Agency (MIGA) are not specialized agencies in accordance with Articles 57 and 63 of the Charter, but are part of the World Bank Group.
8. The secretariats of these organs are part of the United Nations Secretariat.
9. The Secretariat also includes the following offices: the Ethics Office, United Nations Ombudsman and Mediation Services, and the Office of Administration of Justice.
10. For a complete list of ECOSOC Subsidiary Bodies see un.org/ecosoc

This Chart is a reflection of the functional organization of the United Nations System and for informational purposes only. It does not include all offices or entities of the United Nations System.

© 2023 United Nations. All rights reserved worldwide   Published by the United Nations Department of Global Communications   23-00013 — July 2023