# Exhibit N

## 76 (I). Privileges and Immunities of the Staff of the Secretariat of the United Nations

*The General Assembly,*

*Having considered* the proposal of the Secre-tary-General[1] that, in accordance with Section 17 of Article V of the Convention on the Privileges and Immunities of the United Nations, the categories of officials to which the provisions of Articles V and VII shall apply should include all members of the staff of the United Nations, with the exception of those who are recruited locally and are assigned to hourly rates;

*Approves* the granting of the privileges and immunities referred to in Articles V and VII of the Convention on the Privileges and Immunities of the United Nations, adopted by the General Assembly on 13 February 1946, to all members of the staff of the United Nations, with the exception of those who are recruited locally and are assigned to hourly rates.

*Fiftieth plenary meeting,*
*7 December 1946.*

## 77 (I). Date of the Regular Session of the General Assembly

*The General Assembly resolves* that rule 1 of the provisional rules of procedure shall be amended to read:

"The General Assembly shall meet every year in regular session commencing on the third Tuesday in September."

*Fiftieth plenary meeting,*
*7 December 1946.*

## 78. (I). Tax Equalization

*The General Assembly resolves* that:

1. In order to achieve full application of the principle of equity among Members and equality among personnel of the United Nations, Members which have not yet completely exempted from taxation, salaries and allowances paid out of the budget of the Organization are requested to take early action in the matter.

2. The question of a staff contributions plan in lieu of national taxation is referred to the Advisory Committee on Administrative and Budgetary Questions, which may request the Secretary-General to submit new proposals to the next regular session of the General Assembly.

*Fiftieth plenary meeting,*
*7 December 1946.*

## 79 (I). Transfer of the Assets of the League of Nations

*The General Assembly resolves that,*

1. The Agreement concerning the execution of the transfer to the United Nations of certain

[1] Documents A/116 and A/116/Add. 1.

## 76 (I). Privilèges et immunités du personnel du Secrétariat des Nations Unies

*L'Assemblée générale,*

*Ayant examiné* la proposition du Secrétaire général[1] suivant laquelle, conformément à la section 17 de l'article V de la Convention sur les privilèges et immunités des Nations Unies, les catégories de fonctionnaires auxquelles devront s'appliquer les dispositions des articles V et VII devraient comprendre tous les membres du personnel des Nations Unies, à l'exception de ceux qui sont recrutés sur place et payés à l'heure;

*Approuve* l'octroi de privilèges et immunités mentionnés aux articles V et VII de la Convention sur les privilèges et immunités des Nations Unies, adoptée par l'Assemblée générale le 13 février 1946, à tous les membres du personnel des Nations Unies, à l'exception de ceux qui sont recrutés sur place et payés à l'heure.

*Cinquantième séance plénière,*
*le 7 décembre 1946.*

## 77 (I). Date de la session ordinaire de l'Assemblée générale

*L'Assemblée générale décide* de modifier comme suit l'article 1 de son règlement intérieur provisoire:

"L'Assemblée générale se réunit en session ordinaire, chaque année, le troisième mardi de septembre."

*Cinquantième séance plénière,*
*le 7 décembre 1946.*

## 78 (I). Péréquation d'impôts

*L'Assemblée générale décide:*

1. En vue d'assurer l'application pleine et entière du principe d'égalité parmi les Etats Membres et du principe d'équité à l'égard du personnel des Nations Unies, d'inviter les Etats Membres qui n'ont pas encore complètement exonéré de toute imposition les salaires et indemnités payés au titre du budget de l'Organisation, de prendre à bref délai toutes mesures utiles en la matière.

2. De renvoyer la question d'un barème des contributions du personnel destiné à remplacer les impositions nationales à la Commission consultative pour les questions administratives et budgétaires, qui pourra demander au Secrétaire général de présenter de nouvelles propositions à la prochaine session ordinaire de l'Assemblée générale.

*Cinquantième séance plénière,*
*le 7 décembre 1946.*

## 79 (I). Transfert des avoirs de la Société des Nations

*L'Assemblée générale décide que:*

1. L'Accord concernant l'exécution du transfert aux Nations Unies de certains avoirs de la

[1] Documents A/116 et A/116/Add. 1.

139