# Exhibit O

of 11 December 1946, which initiated the fulfilment of Article 13, paragraph 1, sub-paragraph a, of the Charter, regarding the development of international law and its codification;

*Considering* that one of the most effective means of furthering the development of international law consists in promoting public interest in this subject and using the media of education and publicity to familiarize the peoples with the principles and rules that govern international relations;

*Considering* that greater knowledge of and fuller information on the aims, purposes and structure of the United Nations constitute another positive method of assisting the development of international law, of which the United Nations is the main instrument,

*The General Assembly*

*Resolves* to request the Governments of Member States:

1. To take appropriate measures to extend the teaching of international law in all its phases, including its development and codification, in the universities and higher educational institutions of each country that are under government control or over which Governments have some influence, or to initiate such teaching where it is not yet provided;

2. To promote similar teaching regarding the aims, purposes, structure and operation of the United Nations in conjunction with paragraph 1 above and in accordance with resolution 137(II) adopted by the General Assembly on 17 November 1947, on the teaching of the purposes and principles, the structure and activities of the United Nations in the schools of Member States;

3. To give to the Secretary-General the fullest possible co-operation with a view to facilitating the preparatory work on the development of international law and its codification and to support any individual or private effort to these ends undertaken in their countries.

*Hundred and twenty-third plenary meeting,*
*21 November 1947.*

## 177 (II). Formulation of the principles recognized in the Charter of the Nürnberg Tribunal and in the judgment of the Tribunal

*The General Assembly*

*Decides* to entrust the formulation of the principles of international law recognized in the charter of the Nürnberg Tribunal and in the judgment of the Tribunal to the International Law Commission, the members of which will, in accordance with resolution 174(II), be elected at the next session of the General Assembly, and

1946 de l'Assemblée générale qui a inauguré la mise en application de l'Article 13, paragraphe 1, alinéa a, de la Charte, relatif au développement progressif du droit international et à sa codification;

*Considérant* que l'une des façons les plus efficaces de travailler au développement du droit international consiste à favoriser l'intérêt du public à son égard et à employer les méthodes d'éducation et de propagande tendant à familiariser les peuples avec les principes et les règles qui régissent les relations internationales;

*Considérant* qu'une connaissance plus approfondie des buts, des objectifs et de la structure de l'Organisation des Nations Unies, ainsi qu'une documentation plus riche sur ces mêmes sujets, constituent d'autres moyens efficaces de coopérer au développement du droit international dont cet organisme est le principal instrument,

*L'Assemblée générale*

*Décide* d'inviter les Gouvernements des Etats Membres:

1. A prendre les mesures propres à intensifier l'enseignement du droit international considéré dans toutes les phases de son développement et sa codification, dans les universités et établissements d'enseignement supérieur de chaque pays qui dépendent du Gouvernement ou dans lesquels celui-ci peut exercer son influence, ou à organiser cet enseignement dans les cas où il n'existe pas;

2. A favoriser de même l'enseignement relatif aux buts, aux objets, à la structure et au fonctionnement de l'Organisation des Nations Unies, compte tenu de ce qui est dit ci-dessus au paragraphe 1, et conformément à la résolution 137(II) adoptée par l'Assemblée générale le 17 novembre 1947, relative à l'enseignement des buts et des principes, de la structure et de l'activité de l'Organisation des Nations Unies dans les écoles des Etats Membres;

3. A prêter au Secrétaire général tout le concours en leur pouvoir pour faciliter les travaux de préparation à la codification du droit international et à son développement, et d'accorder leur appui à toute initiative particulière ou privée prise dans leurs pays respectifs et tendant aux fins susdites.

*Cent-vingt-troisième séance plénière,*
*le 21 novembre 1947.*

## 177 (II). Formulation des principes reconnus par le Statut de la Cour de Nuremberg et dans l'arrêt de cette Cour

*L'Assemblée générale*

*Décide* de confier la formulation des principes de droit international reconnus par le statut de la Cour de Nuremberg et dans l'arrêt de cette Cour, à la Commission du droit international, dont les membres seront, conformément à la résolution 174(II), élus à la prochaine session de l'Assemblée générale, et

*Directs* the Commission to

(*a*) Formulate the principles of international law recognized in the Charter of the Nürnberg Tribunal and in the judgment of the Tribunal, and

(*b*) Prepare a draft code of offences against the peace and security of mankind, indicating clearly the place to be accorded to the principles mentioned in sub-paragraph (*a*) above.

*Hundred and twenty-third plenary meeting,*
*21 November 1947.*

### 178 (II). Draft declaration on the rights and duties of States

*The General Assembly,*

*Noting* that very few comments and observations on the draft declaration on the rights and duties of States presented by Panama[1] have been received from the States Members of the United Nations,

*Requests* the Secretary-General to draw the attention of States to the desirability of submitting their comments and observations without delay;

*Requests* the Secretary-General to undertake the necessary preparatory work on the draft declaration on the rights and duties of States according to the terms of resolution 175(II);

*Resolves* to entrust further study of this problem to the International Law Commission, the members of which in accordance with the terms of resolution 174(II) will be elected at the next session of the General Assembly,

*And accordingly*

*Instructs* the International Law Commission to prepare a draft declaration on the rights and duties of States, taking as a basis of discussion the draft declaration on the rights and duties of States presented by Panama, and taking into consideration other documents and drafts on this subject.

*Hundred and twenty-third plenary meeting,*
*21 November 1947.*

### 179 (II). Co-ordination of the privileges and immunities of the United Nations and of the specialized agencies

#### A

*The General Assembly*

*Approves* the following Convention on the Privileges and Immunities of the specialized agencies and proposes it for acceptance by the specialized agencies and for accession by all Members of the United Nations and by any other State member of a specialized agency.

---

[1] See document A/285.

---

*Charge* cette Commission de:

*a*) Formuler les principes de droit international reconnus par le Statut de la Cour de Nuremberg et dans l'arrêt de cette Cour, et

*b*) Préparer un projet de code des crimes contre la paix et la sécurité de l'humanité, indiquant clairement la place qu'il convient d'accorder aux principes mentionnés au sous-paragraphe *a*) ci-dessus.

*Cent-vingt-troisième séance plénière,*
*le 21 novembre 1947.*

### 178 (II). Projet de déclaration des droits et des devoirs des Etats

*L'Assemblée générale,*

*Prenant note* du fait qu'un nombre restreint de commentaires et d'observations sur le projet de déclaration des droits et des devoirs des Etats présenté par le Panama[1] a été reçu des Etats Membres de l'Organisation des Nations Unies,

*Invite* le Secrétaire général à attirer l'attention des Etats sur l'intérêt qu'il y a à ce que leurs commentaires et observations soient fournis sans délai;

*Invite* le Secrétaire général à entreprendre le travail préparatoire nécessaire en ce qui concerne le projet de déclaration des droits et des devoirs des Etats conformément aux dispositions de la résolution 175(II);

*Décide* de confier les études ultérieures concernant cette matière à la Commission du droit international dont les membres seront, conformément aux dispositions de la résolution 174(II), élus à la prochaine session de l'Assemblée générale;

*En conséquence,*

*Charge* la Commission du droit international de préparer un projet de déclaration des droits et des devoirs des Etats, en prenant comme base de discussion le projet de déclaration des droits et des devoirs des Etats présenté par le Panama et en tenant compte des autres documents et projets relatifs à ce sujet.

*Cent-vingt-troisième séance plénière,*
*le 21 novembre 1947.*

### 179 (II). Coordination des privilèges et immunités des Nations Unies et des institutions spécialisées

#### A

*L'Assemblée générale*

*Approuve* la Convention suivante sur les privilèges et immunités des institutions spécialisées et la propose à l'acceptation des institutions spécialisées et à l'adhésion de tous les Etats Membres de l'Organisation des Nations Unies et de tout autre Etat membre d'une institution spécialisée.

---

[1] Voir document A/285.

# Principles of International Law Recognized in the Charter of the Nürnberg Tribunal and in the Judgment of the Tribunal

**1950**

> Text adopted by the International Law Commission at its second session, in 1950 and submitted to the General Assembly as a part of the Commission's report covering the work of that session. The report, which also contains commentaries on the principles, appears in *Yearbook of the International Law Commission, 1950*, vol. II, para. 97.



**Copyright © United Nations**
**2005**

**Principles of International Law Recognized in the Charter of the Nürnberg Tribunal and in the Judgment of the Tribunal**

*Principle I*

Any person who commits an act which constitutes a crime under international law is responsible therefor and liable to punishment.

*Principle II*

The fact that internal law does not impose a penalty for an act which constitutes a crime under international law does not relieve the person who committed the act from responsibility under international law.

*Principle III*

The fact that a person who committed an act which constitutes a crime under international law acted as Head of State or responsible Government official does not relieve him from responsibility under international law.

*Principle IV*

The fact that a person acted pursuant to order of his Government or of a superior does not relieve him from responsibility under international law, provided a moral choice was in fact possible to him.

*Principle V*

Any person charged with a crime under international law has the right to a fair trial on the facts and law.

*Principle VI*

The crimes hereinafter set out are punishable as crimes under international law:

(*a*)  Crimes against peace:
   (i)  Planning, preparation, initiation or waging of a war of aggression or a war in violation of international treaties, agreements or assurances;
   (ii)  Participation in a common plan or conspiracy for the accomplishment of any of the acts mentioned under (i).

(*b*)  War crimes:
   Violations of the laws or customs of war which include, but are not limited to, murder, ill-treatment or deportation to slave-labour or for any other purpose of civilian population of or in occupied territory, murder or ill-treatment of prisoners of war, of persons on the seas, killing of hostages, plunder of public or private property, wanton destruction of cities, towns, or villages, or devastation not justified by military necessity.

(*c*)  Crimes against humanity:

   Murder, extermination, enslavement, deportation and other inhuman acts done against any civilian population, or persecutions on political, racial or religious grounds, when such acts are

done or such persecutions are carried on in execution of or in connection with any crime against peace or any war crime.

*Principle VII*

Complicity in the commission of a crime against peace, a war crime, or a crime against humanity as set forth in Principle VI is a crime under international law.

_____