# Exhibit P



united nations relief and works agency for palestine refugees in the near east

  🔍  **DONATE**  ☰

Home » Newsroom » Official Statements » Serious allegations against UNRWA staff in the Gaza Strip

◀ Back to Newsroom

# SERIOUS ALLEGATIONS AGAINST UNRWA STAFF IN THE GAZA STRIP

26 January 2024

**From Philippe Lazzarini, UNRWA Commissioner-General**

**AMMAN,**

"The Israeli Authorities have provided UNRWA with information about the alleged involvement of several UNRWA employees in the horrific attacks on Israel on 7 October.

"To protect the Agency's ability to deliver humanitarian assistance, I have taken the decision to immediately terminate the contracts of these staff members and launch an investigation in order to establish the truth without delay.  Any UNRWA employee who was involved in acts of terror will be held accountable, including through criminal prosecution.

"UNRWA reiterates its condemnation in the strongest possible terms of the abhorrent attacks of 7 October and calls for the immediate and unconditional release of all Israeli hostages and their safe return to their families.

"These shocking allegations come as more than 2 million people in Gaza depend on lifesaving assistance that the Agency has been providing since the war began. Anyone who betrays the fundamental values of the United Nations also betrays those whom we serve in Gaza, across the region and elsewhere around the world".

**ENDs-**

**Background Information:**

UNRWA is the United Nations Relief and Works Agency for Palestine Refugees in the Near East. The United Nations General Assembly established UNRWA in 1949 with a mandate to provide humanitarian assistance and protection to registered Palestine refugees in the Agency's area of operations pending a just and lasting solution to their plight.

UNRWA operates in the West Bank, including East Jerusalem, The Gaza Strip, Jordan, Lebanon and Syria.

Tens of thousands of Palestine refugees who lost their homes and livelihoods due to the 1948 conflict continue to be displaced and in need of support, nearly 75 years on.

UNRWA helps Palestine Refugees achieve their full potential in human development through quality services it provides in education, health care, relief and social services, protection, camp infrastructure and improvement, microfinance, and emergency assistance. UNRWA is funded almost entirely by voluntary contributions.



**DONATE**

## RELATED ITEMS


**UNRWA Concludes the 2022 Summer Fun Weeks**


**UNRWA Commissioner-General Philippe Lazzarini on Zeteo with Mehdi Hasan - 28.09.2024**


**Statement of Philippe Lazzarini, Commissioner-General of the United Nations Relief and Works Agency for Palestine Refugees (UNRWA) at the 162nd Session of the League of Arab States Council at the Ministerial Level**


**Press briefing by Commissioner-General Philippe Lazzarini during the meeting of the UNRWA Advisory Commission (AdCom) in Geneva**


**UNRWA Commissioner-General Philippe Lazzarini on Humanitarian Fault Lines about the humanitarian crisis in Gaza**

## SUBSCRIBE TO THE UNRWA MAILING LIST

Sign up below to receive the latest news and updates about our work with Palestine refugees across the Middle East.

[Email Address]  [First Name]  [Last Name]  **SIGN UP**

[PALESTINE ▼]  [Interested in Supporting the peo ▼]

**Follow Us**     



| WHO WE ARE | WHAT WE DO | WHERE WE WORK | OUR PARTNERS |
|---|---|---|---|
| Our leadership | Education | Gaza | NEWSROOM |
| Reforming UNRWA | Health | Jordan | RESOURCES |
| How We Are Funded | Protection | Lebanon | CAREERS |
| How We Spend Funds | Relief and Social Services | Syria | CONTACT US |
| Advisory Commission | Microfinance | West Bank | DISPUTE TRIBUNAL |
| Organizational Structure | Infrastructure and Camp Improvement | | INTERNAL OVERSIGHT |
| Sustainable Development Goals | Emergency Response | | ETHICS OFFICE |
| Frequently Asked Questions | | | PROCUREMENT |
| | | | PRIVACY POLICY |



Copyright© United Nations Relief and Works Agency for Palestine Refugees in the Near East