IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF TAMAR KEDEM SIMAN TOV, BY HEIR-AT-LAW GAD KEDEM, ET AL. | : : : |
| Plaintiffs, | : : |
| v. | :   Civil Action No. 24-4765 |
| UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), ET AL., | : : : : |
| Defendants. _____ | : : |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Amici Curiae StandWithUs and Raul Wallenberg Centre for Human Rights.

I certify that I am admitted to practice in this Court.

Dated:  September 20, 2024          Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
5335 Wisconsin Ave. N.W., Suite 440
Washington, DC  20015
Telephone:  202-463-1818
Telefax:  202-463-2999
njnudelman@hnklaw.com

By:  /s/ *Noel J. Nudelman*

*Counsel for Amici Curiae StandWithUs and*
*Raul Wallenberg Centre for Human Rights*