## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF TAMAR KEDEM SIMAN TOV, BY HEIR-AT-LAW GAD KEDEM, ET AL.<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), ET AL.,<br><br>    Defendants. | Civil Action No. 24-4765 |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Amici Curiae EMET – The Endowment for Middle East Truth and Temple Beth El.

I certify that I am admitted to practice in this Court.

Dated:  September 25, 2024        Respectfully Submitted,

                                           HEIDEMAN NUDELMAN & KALIK P.C.
                                           5335 Wisconsin Ave. N.W., Suite 440
                                           Washington, DC  20015
                                           Telephone:  202-463-1818
                                           Telefax:  202-463-2999
                                           njnudelman@hnklaw.com

                                           By:__/s/ *Noel J. Nudelman*_____

                                           *Counsel for Amici Curiae EMET – The Endowment for*
                                           *Middle East Truth and Temple Beth El*