

U.S. Department of Justice

United States Attorney
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/26/2024

86 Chambers Street, 3rd floor
New York, New York 10007

September 25, 2024

**BY ECF**

The Honorable Analisa Torres
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *Estate of Tamar Kedem Siman Tov, et al. v. UNRWA, et al.*, <u>24 Civ. 4765 (AT)</u>

Dear Judge Torres:

    I write respectfully on behalf of the United States of America (the "Government"), which is not a party to the above-referenced action, to request a two-week extension of the Government's time to respond to the Plaintiffs' September 13, 2024 submission, from October 4, 2024, to October 18, 2024. Plaintiffs consent to the Government's requested extension.

    As background, on July 30, 2024, the Government filed a letter, pursuant to 28 U.S.C. § 517, concerning the immunity of the defendants named in this action. (*See* ECF No. 17). Thereafter, the court set a schedule for the Plaintiffs to file a response to the Government's statement and for the Government to file a reply. (ECF No. 19). On August 22, 2024, Plaintiffs requested an extension of time, on consent of the Government, to respond to the Government's statement. (ECF No. 21). The Court granted the extension (ECF No. 22), and on September 13, 2024, Plaintiffs filed a memorandum of law and a declaration (ECF Nos. 24-25).

    The Government respectfully requests a two-week extension, from October 4, 2024, to October 18, 2024, to file its response to Plaintiffs' submission. The requested extension will provide my Office with additional time to confer with the U.S. Department of State and prepare a response to the Plaintiffs' submission, given that I will be out of the office for a period of time at the beginning of October.

    This is the Government's first request for an extension of this deadline; Plaintiffs consent to the requested relief.

    This request will not affect any other scheduled dates in this action.

Thank you for your consideration of this request.

> Respectfully,
>
> DAMIAN WILLIAMS
> United States Attorney

GRANTED.

SO ORDERED.

Dated: September 26, 2024
      New York, New York

> _____
> ANALISA TORRES
> United States District Judge