# HEIDEMAN NUDELMAN & KALIK, PC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/26/2024__

attorneys@HNKlaw.com

**BY ECF**

September 25, 2024

The Honorable Analisa Torres
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

           Re: *Estate of Tamar Kedem Siman Tov v. UNWRA*
               24 Civ 4765 (AT)
               Motion for Leave to File Amicus Brief

Dear Judge Torres:

      We are in receipt of your Order permitting the filing of an Amicus Brief on behalf of the Amici ("Brief of Amici") and ordering that same be filed by September 27, 2024 ("Deadline"). We will do so.

      We write to advise the Court that we have been advised by additional organizations that they desire to become parties to all or portions of this brief. Such organizations include but are not limited to EMET – The Endowment for Middle East Truth, Temple Beth El and others ("Proposed Additional Amici"). They each have a unique interest in this matter and a vested interest in the outcome of this case because of the extreme legal precedent this case may set to allow terror organizations and those who commit or support the committing of genocide to escape liability for their terrorist acts by hiding behind the cloak of immunity afforded to the United Nations. As set forth in the Proposed Amicus Brief previously submitted to the Court and to be filed as the Brief of Amici, the activities of UNRWA fall far outside of the immunity intended by the Convention on the Privileges and Immunities of the United Nations, 21 U.S.T. 1418, which applies only to the United Nations itself, not to the myriad agencies, like UNRWA, which are affiliated with the UN.

      The Proposed Additional Amici seek to further assist the Court by providing additional perspectives and legal analysis and believe that their participation with these additional insights are highly relevant to the issues at hand.

      As previously stated to the Court, there is no governing standard, rule or statute prescrib[ing] the procedure for obtaining leave to file an amicus brief in the district court. *Lehman XS Tr., Series 2006-GP2 v. Greenpoint Mortg. Funding, Inc.*, No. 12 CIV. 7935 ALC, 2014 WL 265784, at *1 (S.D.N.Y. Jan. 23, 2014) (citations and internal quotation marks omitted). It is

Page 2

recognized that this Court's decision to grant leave to the Amici to file a brief as amicus curiae is in the firm discretion of the court. *Id.* (*citing Jamaica Hosp. Medical Center, Inc. v. United Health Group, Inc.*, 584 F. Supp. 2d 489, 497 (E.D.N.Y. 2008)); see also *United States v. Ahmed*, 788 F. Supp. 196, 198 n.1 (S.D.N.Y. 1992), aff'd, 980 F.2d 161 (2d Cir. 1992). Similarly, it is in the discretion of this Court to permit Proposed Additional Amici to join in all or parts of the Brief of Amici to be filed by the Deadline set by this Court. Permitting the Proposed Additional Amici to be included in the amicus brief serves a laudable, rather than distractive, purpose. *See Lehman XS Tr., Series 2006-GP2*, 2014 WL 265784, at *1.

For the foregoing reasons, we respectfully request that this Court grant leave to file the Brief of Amici in substantially similar form and substance to that previously proposed to the Court, adding therein such Additional Amici as are desirous of being included as endorsing the principle that immunity should not be granted by this Court to UNRWA, in further support of the Plaintiffs in the instant action. No delay, resetting or rescheduling of the Deadline is requested in order to accomplish the inclusion of Additional Amici.

Respectfully Submitted,

Noel J. Nudelman
Joseph H. Tipograph
HEIDEMAN NUDELMAN & KALIK, PC
5335 Wisconsin Ave., NW, Suite 440
Washington, DC  20015
202-463-1818

GRANTED.

SO ORDERED.

Dated: September 26, 2024
       New York, New York

ANALISA TORRES
United States District Judge