**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ESTATE OF TAMAR KEDEM SIMAN TOV, | : | |
| BY HEIR-AT-LAW GAD KEDEM, ET AL. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 24-4765 |
| | : | |
| UNITED NATIONS RELIEF AND WORKS | : | |
| AGENCY ("UNRWA"), ET AL., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for National Jewish Advocacy Center, Inc.

I certify that I am admitted to practice in this Court.


Dated:  September 27, 2024          Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
5335 Wisconsin Ave. N.W., Suite 440
Washington, DC  20015
Telephone:  202-463-1818
Telefax:  202-463-2999
njnudelman@hnklaw.com


By:   /s/ Noel J. Nudelman

*Counsel for Amici Curiae National Jewish Advocacy
Center, Inc.*