UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ESTATE OF TAMAR KEDEM SIMAN TOV, BY HEIR-AT-LAW GAD KEDEM, ET AL.,** *Plaintiffs,* v. **UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), ET AL.**, *Defendants.* | No. 1:24-CV-4765 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for *Amici Curiae* Michael Mukasey, Gen. Keith Alexander (ret.), Victoria Coates, Kevin Roberts, Bonnie Glick, Advancing American Freedom, Mark Goldfeder, Eugene Kontorovich, and Jeremy Rabkin.

I certify that I am admitted to practice in this Court.

Date: October 14, 2024

Respectfully submitted,

*/s/ Edward M. Wenger*
Edward M. Wenger
Bar No. 4779039
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
2300 N Street NW,
Suite 643A
Washington, D.C. 20037
emwenger@holtzmanvogel.com
Phone: (202) 737-8808

*Attorney for Amici Curiae Michael Mukasey, Gen. Keith Alexander (ret.), Victoria Coates, Kevin Roberts, Bonnie Glick, Advancing American Freedom, Mark Goldfeder, Eugene Kontorovich, and Jeremy Rabkin.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the United States District Court, Southern District of New York, on October 14, 2024, and served upon all parties of record via the Court's electronic filing system.

*/s/ Edward M. Wenger*
Edward M. Wenger (4779039)
