# AMINI LLC

John W. Brewer                                                                                                               212.497.8238
MEMBER NY BAR                                                                                                        jbrewer@aminillc.com

November 18, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
United States District Courthouse
500 Pearl Street
New York, NY  10007

Re:   Estate of Kedem, et al. v. UNRWA, et al., 24-cv-4765 (AT)

Dear Judge Torres:

We write on behalf of Plaintiffs in the above-referenced action to respond briefly to the scheduling proposal made in Defendants' letter dated November 14 (Doc. No. 46).  Subject, of course, to our right to file an opposition brief, we do not begrudge Defendants the right to make whatever motion they deem appropriate, we do not object to their proposed date of December 16, 2024 as the due date for such a motion, and we consent to their request to waive any pre-motion letters.

Given the holidays, we propose to submit our opposition by January 13, 2025.  We will in our opposition papers refer back as much as possible to our previous filings responding to the Government's arguments rather than restating our previous arguments at length.

Respectfully submitted,

/s/ *John W. Brewer*

John W. Brewer

cc:  Counsel of Record (via ECF)