UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                                                                          :
ESTATE OF TAMAR KEDEM SIMAN TOV, et al.,    :
                                                                                                                          :
                                                                            Plaintiffs,    :
                                                                                                      :
                            - against -                                       :    **Case No. 1:24-cv-4765-AT**
                                                                                                      :
UNITED NATIONS RELIEF AND WORKS              :
AGENCY, PHILIPPE LAZZARINI, PIERRE         :
KRÄHENBÜHL, FILIPPO GRANDI, LENI          :
STENSETH, SANDRA MITCHELL, MARGOT    :
ELLIS, AND GRETA GUNNARSDOTTIR,          :
                                                                                                      :
                                                                  Defendants.    :
------------------------------------------------------------------ X

## DEFENDANTS' NOTICE OF MOTION TO DISMISS

     PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants' Motion to Dismiss, Defendants United Nations Relief and Works Agency for Palestine Refugees in the Near East, Philippe Lazzarini, Pierre Krähenbühl, Filippo Grandi, Leni Stenseth, Sandra Mitchell, Margot Ellis, and Greta Gunnarsdottir, by and through their undersigned counsel, move this Court before the Honorable Analisa Torres at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, New York 10007, for entry of an Order dismissing the case for lack of subject matter and personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), (2),(4) and (5) as well as the United Nations Charter, the Convention on the Privileges and Immunities of the United Nations, Feb. 13, 1946, 21 U.S.T. 1422, and the International Organizations Immunities Act, 22 U.S.C. § 288 *et seq*.

CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP

By: */s/ Kevin A. Meehan*
Kevin A. Meehan
Robert Groot
Marwa Farag
101 Park Avenue
New York, New York  10178
Tel: (212) 696-6000
Fax: (212) 697-1559
Email: kmeehan@curtis.com

*Attorneys for Defendants*