```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/17/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF TAMAR KEDEM SIMAN TOV, BY
HEIR-AT-LAW GAD KEDEM, et al.,

                Plaintiffs,

-against-

UNITED NATIONS RELIEF AND WORKS
AGENCY ("UNRWA"), PHILIPPE LAZZARINI,
PIERRE KRÄHENBÜHL, FILIPPO GRANDI,
LENI STENSETH, SANDRA MITCHELL,
MARGOT ELLIS, AND GRETA
GUNNARSDOTTIR,

                Defendants.

24 Civ. 4765 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' letters dated November 14 and November 18, 2024, in addition to Defendants' motion to dismiss. ECF Nos. 46–47, 49. Because the parties have consented, the Court waives the required filing of pre-motion letters. *See* ECF Nos. 46–47; Individual Practices in Civil Cases ¶ III.B. Accordingly, by **January 13, 2025**, Plaintiffs shall file their opposition papers. By **January 21, 2025**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: December 17, 2024
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge