UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ESTATE OF TAMAR KEDEM SIMAN TOV, BY HEIR-AT-LAW GAD KEDEM, ET AL.,<br><br>                                  Plaintiffs,<br>v.<br><br>UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), ET AL.,<br><br>                                  Defendants. | § § § § § § § § § § | Civil Action No.<br>24 Civ. 4765 (AT) |

**SUPPLEMENTAL DECLARATION OF JOHN W. BREWER
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, John W. Brewer, an attorney admitted to practice before this Court, hereby declare the following to be true and correct under penalty of perjury pursuant to 28 U.S.C § 1746:

1. I am of counsel to Amini LLC, attorneys for the Plaintiffs in the above-captioned action. I respectfully submit this Declaration in Opposition to Defendants' Motion to Dismiss to put an additional exhibit before the Court as a supplement to the exhibits A through R previously placed in the record with my prior declaration (Doc. No. 24) dated September 13, 2024.

2. Attached as Exhibit S is a true and correct copy of printouts from the UN's official website as of yesterday purporting to give a complete listing as of that date of the "subsidiary organs" of the General Assembly, not including defendant UNRWA while including its "Advisory Commission."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
           January 13, 2025

                                                                              By:  /s/  John W. Brewer
                                                                                    John W. Brewer

1