# Exhibit S

🇺🇳 (http://www.un.org/en)  عربى (https://www.un.org/ar/ga/about/subsidiary/index.shtml)  中文 (https://www.un.org/zh/ga/about/subsidiary/index.shtml)  **English**

Français (https://www.un.org/fr/ga/about/subsidiary/index.shtml)  Русский (https://www.un.org/ru/ga/about/subsidiary/index.shtml)

Español (https://www.un.org/es/ga/about/subsidiary/index.shtml)

# General Assembly
## of the United Nations (/en/ga)

## Subsidiary organs of the General Assembly

The subsidiary organs of the General Assembly are divided into categories: Boards (/en/ga/about/subsidiary/boards.shtml), Commissions (/en/ga/about/subsidiary/commissions.shtml), Committees (/en/ga/about/subsidiary/committees.shtml), Councils and Panels (/en/ga/about/subsidiary/councils.shtml), and Working Groups and others. (/en/ga/about/subsidiary/other.shtml)

After discussing the items on the agenda, seeking where possible to harmonize the various approaches of States, the subsidiary organs present their recommendations, usually in the form of draft resolutions and decisions, to a plenary meeting of the Assembly for its consideration.

### ABOUT THE GENERAL ASSEMBLY

Functions and Powers of the General Assembly (/en/ga/about/background.shtml)

Revitalization of the work of the General Assembly (/en/ga/revitalization/index.shtml)

Ad Hoc Working Group (/en/ga/revitalization/ahwg.shtml)

Outcomes of resolutions on revitalization (/en/ga/revitalization/outcomes.sl

Current Session (/en/ga/revitalization/current_sess

Documents on revitalization (/en/ga/revitalization/documents.s

Lead-up to the establishment of the AHWG (/en/ga/revitalization/history.shtm

Past Sessions (/en/ga/revitalization/past_session

Reform of the Security Council (/en/ga/screform/)

Past Sessions (/en/ga/screform/past_sessions.s

General Assembly Secretariat (/en/ga/about/secretariat.shtml)

**Subsidiary Organs (/en/ga/about/subsidiary/index.sh**

Boards (/en/ga/about/subsidiary/boards.s

Commissions (/en/ga/about/subsidiary/commis

Committees (/en/ga/about/subsidiary/committ

Assembly and Councils (/en/ga/about/subsidiary/councils

Working Groups and Other (/en/ga/about/subsidiary/other.sh

Rules of Procedure (/en/ga/about/ropga/index.shtml)

Arrears in the payment of contributions (Article 19) (/en/ga/about/art19.shtml)

Observers
(/en/ga/about/observers.shtml)

**QUICK LINKS**

Functions and Powers
(/en/ga/about/background.shtml)
UN Journal (https://journal.un.org/)
News
(https://www.un.org/en/ga/news/)

**KEY DOCUMENTS**

Charter of the United Nations
(/en/about-us/un-charter)
Rules of Procedure
(/en/ga/about/ropga/)
Resolutions
(/en/ga/79/resolutions.shtml)

**RELATED SITES**

General Assembly President (/pga/)
General Assembly Affairs
(/Depts/DGACM/)
Protocol
(https://www.un.org.org/dgacm/en/content/protocol)

**RESOURCES**

Documents Search
(/en/ga/documents/symbol.shtml)
Media Arrangements
(/media/accreditation/)
Delegates' Handbook
(/en/ga/79/pdf/delegates_handbook_2024)

## UNITED NATIONS (HTTP://WWW.UN.ORG/EN/)

Contact (/en/contact-us-0) | Copyright (/en/about-us/copyright) | Fraud Alert (/en/about-us/fraud-alert) | Privacy Notice (/en/about-us/privacy-notice) | Site Index (/en/site-index) |
Terms of Use (/en/about-us/terms-of-use)

(http://www.un.org/en)                                    عربى (https://www.un.org/ar/ga/about/subsidiary/boards.shtml)    中文 (https://www.un.org/zh/ga/about/subsidiary/boards.shtml)    English

Français (https://www.un.org/fr/ga/about/subsidiary/boards.shtml)    Русский (https://www.un.org/ru/ga/about/subsidiary/boards.shtml)

Español (https://www.un.org/es/ga/about/subsidiary/boards.shtml)

# General Assembly
# of the United Nations (/en/ga)

## Subsidiary organs of the General Assembly

### Boards

Board of auditors (/auditors/board/) [established by GA resolution 74 (I) (http://undocs.org/en/A/RES/74%28I%29)]

Trade and development Board [established by GA resolution 1995 (XIX) (http://undocs.org/en/A/RES/1995%28XIX%29)]

United Nations Joint Staff Pension Board [established by GA resolution 248 (III) (http://undocs.org/en/A/RES/248%28III%29)]

Advisory Board on disarmament matters (http://www.un.org/disarmament/HomePage/AdvisoryBoard/AdvisoryBoard.shtml) [established by GA resolution 37/99 K (http://undocs.org/en/A/RES/37/99)]

### Executive Boards

Executive Board of the United Nations Children's Fund (http://www.unicef.org/about/execboard/index.html) [established by GA resolution 57 (I) (http://undocs.org/en/A/RES/57%28I%29) and 48/162 (http://undocs.org/en/A/RES/48/162)]

Executive Board of the United Nations Development Programme and of the United Nations Population Fund (http://www.unfpa.org/executive-board) [established by GA resolution 2029 (XX) (http://undocs.org/en/A/RES/2029%28XX%29) and 48/162 (http://undocs.org/en/A/RES/48/162)]

Executive Board of the World Food Programme (https://executiveboard.wfp.org/) [established by GA resolution 50/8 (http://undocs.org/en/A/RES/50/8)]

### ABOUT THE GENERAL ASSEMBLY

Functions and Powers of the General Assembly (/en/ga/about/background.shtml)

Revitalization of the work of the General Assembly (/en/ga/revitalization/index.html)

Ad Hoc Working Group (/en/ga/revitalization/ahwg.shtml)

Outcomes of resolutions on revitalization (/en/ga/revitalization/outcomes.sh

Current Session (/en/ga/revitalization/current_sess

Documents on revitalization (/en/ga/revitalization/documents.s

Lead-up to the establishment of the AHWG (/en/ga/revitalization/history.shtm

Past Sessions (/en/ga/revitalization/past_session

Reform of the Security Council (/en/ga/screform/)

Past Sessions (/en/ga/screform/past_sessions.s

General Assembly Secretariat (/en/ga/about/secretariat.shtml)

Subsidiary Organs (/en/ga/about/subsidiary/index.shtm

**Boards (/en/ga/about/subsidiary/board**

Commissions (/en/ga/about/subsidiary/commiss

Committees (/en/ga/about/subsidiary/committ

Assembly and Councils (/en/ga/about/subsidiary/councils

Working Groups and Other (/en/ga/about/subsidiary/other.sh

Rules of Procedure (/en/ga/about/ropga/index.shtml)

Arrears in the payment of contributions (Article 19) (/en/ga/about/art19.shtml)

Observers
(/en/ga/about/observers.shtml)

| QUICK LINKS | KEY DOCUMENTS | RELATED SITES | RESOURCES |
|---|---|---|---|
| Functions and Powers (/en/ga/about/background.shtml) | Charter of the United Nations (/en/about-us/un-charter) | General Assembly President (/pga/) | Documents Search (/en/ga/documents/symbol.shtml) |
| UN Journal (https://journal.un.org/) | Rules of Procedure (/en/ga/about/ropga/) | General Assembly Affairs (/Depts/DGACM/) | Media Arrangements (/media/accreditation/) |
| News (https://www.un.org/en/ga/news/) | Resolutions (/en/ga/79/resolutions.shtml) | Protocol (https://www.un.org.org/dgacm/en/content/protocol) | Delegates' Handbook (/en/ga/79/pdf/delegates_handbook_2024) |

### UNITED NATIONS (HTTP://WWW.UN.ORG/EN/)

Contact (/en/contact-us-0) │ Copyright (/en/about-us/copyright) │ Fraud Alert (/en/about-us/fraud-alert) │ Privacy Notice (/en/about-us/privacy-notice) │ Site Index (/en/site-index) │ Terms of Use (/en/about-us/terms-of-use)

عربى (https://www.un.org/ar/ga/about/subsidiary/commissions.shtml)    中文 (https://www.un.org/zh/ga/about/subsidiary/commissions.shtml

(http://www.un.org/en)

**English**    Français (https://www.un.org/fr/ga/about/subsidiary/commissions.shtml)

Русский (https://www.un.org/ru/ga/about/subsidiary/commissions.shtml)

Español (https://www.un.org/es/ga/about/subsidiary/commissions.shtml)

# General Assembly
## of the United Nations (/en/ga)

## Subsidiary organs of the General Assembly

### Commissions

Disarmament Commission (/disarmament/HomePage/DisarmamentCommission/UNDiscom.shtml) [established by GA resolution 502 (VI) (http://undocs.org/en/A/RES/502%28VI%29) and S-10/2 (http://undocs.org/en/A/RES/S-10/2)]

International Civil Service Commission (http://icsc.un.org/) [established by GA resolution 3357 (XXIX) (http://undocs.org/en/A/RES/3357%28XXIX%29)]

International Law Commission (http://legal.un.org/ilc/ilcintro.shtml) [established by GA resolution 174 (II) (http://undocs.org/en/A/RES/174II%29%29)]

United Nations Commission on International Trade Law (UNCITRAL) (http://www.uncitral.org/uncitral/en/index.html) [established by GA resolution 2205 (XXI) (http://undocs.org/en/A/RES/2205%28XXI%29)]

United Nations Conciliation Commission for Palestine [established by GA resolution 194 (III) (http://undocs.org/en/A/RES/194%28III%29)]

United Nations Peacebuilding Commission (/peacebuilding/commission) [established by GA resolution 60/180 (http://undocs.org/en/A/RES/60/180) and UN Securiy Council resolutions 1645(2005) (http://undocs.org/en/S/RES/1645%20(2005)) (http://undocs.org/en/S/RES/1646%20(2005))]

### Advisory Commission

Advisory Commission on the United Nations Relief and Works Agency for Palestine Refugees in the Near East (http://www.unrwa.org/who-we-are/advisory-commission) [established by GA resolution 302 (IV) (http://undocs.org/en/A/RES/302%28IV%29)]

**ABOUT THE GENERAL ASSEMBLY**

Functions and Powers of the General Assembly (/en/ga/about/background.shtml)

Revitalization of the work of the General Assembly (/en/ga/revitalization/index.html)

Ad Hoc Working Group (/en/ga/revitalization/ahwg.shtml)

Outcomes of resolutions on revitalization (/en/ga/revitalization/outcomes.sh

Current Session (/en/ga/revitalization/current_sess

Documents on revitalization (/en/ga/revitalization/documents.

Lead-up to the establishment of the AHWG (/en/ga/revitalization/history.shtm

Past Sessions (/en/ga/revitalization/past_session

Reform of the Security Council (/en/ga/screform/)

Past Sessions (/en/ga/screform/past_sessions.s

General Assembly Secretariat (/en/ga/about/secretariat.shtml)

Subsidiary Organs (/en/ga/about/subsidiary/index.shtm

Boards (/en/ga/about/subsidiary/boards.

**Commissions (/en/ga/about/subsidiary/comm**

Committees (/en/ga/about/subsidiary/committ

Assembly and Councils (/en/ga/about/subsidiary/councils

Working Groups and Other (/en/ga/about/subsidiary/other.sh

Rules of Procedure (/en/ga/about/ropga/index.shtml)

Arrears in the payment of contributions (Article 19) (/en/ga/about/art19.shtml)

Observers
(/en/ga/about/observers.shtml)

## QUICK LINKS

Functions and Powers
(/en/ga/about/background.shtml)
UN Journal (https://journal.un.org/)
News
(https://www.un.org/en/ga/news/)

## KEY DOCUMENTS

Charter of the United Nations
(/en/about-us/un-charter)
Rules of Procedure
(/en/ga/about/ropga/)
Resolutions
(/en/ga/79/resolutions.shtml)

## RELATED SITES

General Assembly President (/pga/)
General Assembly Affairs
(/Depts/DGACM/)
Protocol
(https://www.un.org.org/dgacm/en/content/protocol)

## RESOURCES

Documents Search
(/en/ga/documents/symbol.shtml)
Media Arrangements
(/media/accreditation/)
Delegates' Handbook
(/en/ga/79/pdf/delegates_handbook_2024)

## UNITED NATIONS (HTTP://WWW.UN.ORG/EN/)

Contact (/en/contact-us-0) | Copyright (/en/about-us/copyright) | Fraud Alert (/en/about-us/fraud-alert) | Privacy Notice (/en/about-us/privacy-notice) | Site Index (/en/site-index) |
Terms of Use (/en/about-us/terms-of-use)

(http://www.un.org/en)  عربى (https://www.un.org/ar/ga/about/subsidiary/committees.shtml)  中文 (https://www.un.org/zh/ga/about/subsidiary/committees.shtml)

**English**  Français (https://www.un.org/fr/ga/about/subsidiary/committees.shtml)

Русский (https://www.un.org/ru/ga/about/subsidiary/committees.shtml)

Español (https://www.un.org/es/ga/about/subsidiary/committees.shtml)

# General Assembly
## of the United Nations (/en/ga)

# Subsidiary organs of the General Assembly

## Committees

Investments Committee (https://oim.unjspf.org/) [established by GA resolution 155 (II) (http://undocs.org/en/A/RES/155(II))]

United Nations Staff Pension Committee [established by GA resolution 248 (III) (http://undocs.org/en/A/RES/248(III))]

Committee for the United Nations Population Award (http://www.unfpa.org/public/home/about/popaward) [established by GA resolution 36/201 (http://undocs.org/en/A/RES/36/201)]

Committee on Contributions (/en/ga/contributions/) [established by GA resolution 14 (I) A (http://undocs.org/en/A/RES/14(I))]

Committee for Programme and Coordination (/en/ga/cpc/) [established by GA resolution 31/93 (http://undocs.org/en/A/RES/31/93) and ECOSOC Resolution 2008 (LX) (http://undocs.org/en/E/RES/2008(LX))]

Committee on Conferences (https://www.un.org/dgacm/en/content/coc) [established by GA resolution 43/222B (http://undocs.org/en/A/RES/43/222)]

Committee on Information (/en/ga/coi/) [established by GA resolution 33/115 C (http://undocs.org/en/A/RES/33/115)]

Committee on Relations with the Host Country [established by GA resolution 2819 (XXVI) (http://undocs.org/en/A/RES/2819(XXVI))]

Committee on the Exercise of the Inalienable Rights of the Palestinian People (/unispal/committee/) [established by GA resolution 3376 (XXX) (http://undocs.org/en/A/RES/3376(XXX))]

Committee on the Peaceful Uses of Outer Space (COPUOS) (http://www.oosa.unvienna.org/oosa/COPUOS/copuos.html) [established by GA resolution 1472 A (XIV) (http://undocs.org/en/A/RES/1472(XIV))]

Credentials Committee (/en/ga/credentials/credentials.shtml) [appointed at the beginning of each regular session of the General Assembly]

General Committee (/en/ga/general/general.shtml)

United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR) (http://www.unscear.org/) [established by GA resolution 913 (X) (http://undocs.org/en/A/RES/913(X))]

### Ad hoc Committees

Ad hoc committee to elaborate a comprehensive international convention on countering the use of information and communications technologies for criminal purposes (https://www.unodc.org/unodc/en/cybercrime/cybercrime-adhoc-committee.html) [established by GA resolution 74/247 (https://undocs.org/en/A/res/74/247)]

Ad Hoc Committee on the Administration of Justice at the United Nations (http://legal.un.org/administrationofjustice/) [established by GA decision 62/519]

Ad Hoc Committee on Criminal Accountability of United Nations Officials and Experts on Mission (http://legal.un.org/committees/criminal_accountability/) [established by GA resolution 61/29 (http://undocs.org/en/A/RES/64/29)]

Ad Hoc Committee established by General Assembly resolution 51/210 (http://legal.un.org/committees/terrorism/) [established by GA resolution 51/210 (http://undocs.org/en/A/RES/51/210)]

Ad Hoc Committee of the General Assembly for the Announcement of Voluntary Contributions to the Programme of the United Nations High Commissioner for Refugees [established by GA resolution 1729 (XVI) (http://undocs.org/en/A/RES/1729(XVI))]

Ad Hoc Committee of the General Assembly for the Announcement of Voluntary Contributions to the United Nations Relief and Works Agency for Palestine Refugees in the Near East [established by GA resolution 1729 (XVI) (http://undocs.org/en/A/RES/1729(XVI))]

Ad Hoc Committee on a Comprehensive and Integral International Convention on Protection and Promotion of the Rights and

### ABOUT THE GENERAL ASSEMBLY

Functions and Powers of the General Assembly (/en/ga/about/background.shtml)

Revitalization of the work of the General Assembly (/en/ga/revitalization/index.shtml)

Ad Hoc Working Group (/en/ga/about/ahwg.shtml)

Outcomes of resolutions on revitalization (/en/ga/revitalization/outcomes.s

Current Session (/en/ga/revitalization/current_sess

Documents on revitalization (/en/ga/revitalization/documents.s

Lead-up to the establishment of the AHWG (/en/ga/revitalization/history.shtm

Past Sessions (/en/ga/revitalization/past_session

Reform of the Security Council (/en/ga/screform/)

Past Sessions (/en/ga/screform/past_sessions.s

General Assembly Secretariat (/en/ga/about/secretariat.shtml)

Subsidiary Organs (/en/ga/about/subsidiary/index.shtm

Boards (/en/ga/about/subsidiary/boards.s

Commissions (/en/ga/about/subsidiary/commis

**Committees (/en/ga/about/subsidiary/comm**

Assembly and Councils (/en/ga/about/subsidiary/councils

Working Groups and Other (/en/ga/about/subsidiary/other.sh

Rules of Procedure (/en/ga/about/ropga/index.shtml)

Arrears in the payment of contributions (Article 19) (/en/ga/about/art19.shtml)

Dignity of Persons with Disabilities (/development/desa/disabilities/resources/ad-hoc-committee-on-a-comprehensive-and-integral-international-convention-on-the-protection-and-promotion-of-the-rights-and-dignity-of-persons-with-disabilities.html) [established by GA resolution 56/168 (http://undocs.org/en/A/RES/56/168)]

Ad Hoc Committee on the elaboration of a Convention against corruption (http://www.unodc.org/unodc/en/treaties/CTOC/background/adhoc-committee.html) [established by GA resolution 55/61 (http://undocs.org/en/A/RES/55/61)]

Ad Hoc Committee on the Indian Ocean [established by GA resolution 2992 (XXVII) (http://undocs.org/en/A/RES/2992(XXVII))]

Ad Hoc Committee on the Scope of Legal Protection under the Convention on the Safety of United Nations and Associated Personnel (http://legal.un.org/UNsafetyconvention/index.html) [established by GA resolution 56/89 (http://undocs.org/en/A/RES/56/89)]

## Advisory Committees

Advisory Committee on Administrative and Budgetary Questions (/ga/acabq/) [established by GA resolution 173 (II) (http://undocs.org/en/A/RES/173(II))]

Advisory Committee on the United Nations Programme of Assistance in the Teaching, Study, Dissemination and Wider Appreciation of International Law [established by GA resolution 2099 (XX) (http://undocs.org/en/A/RES/2099(XX))]

Independent Audit Advisory Committee (/ga/iaac/) [established by GA resolution 60/248 (http://undocs.org/en/A/RES/60/248)]

## Executive Committee

Executive Committee of High Commissioner's Programme (UNHCR) (http://www.unhcr.org/pages/49c3646c83.html) [established by GA resolution 1166 (XII) (http://undocs.org/en/A/RES/1166(XII))]

## High-level Committee

High-level Committee on South-South Cooperation (https://www.unsouthsouth.org/our-work/policy-and-intergovernmental-support/high-level-committee-on-south-south-cooperation/) [established by GA resolution 33/134 (http://undocs.org/en/A/RES/33/134)]

## Special Committees

Special Committee on Peacekeeping Operations [established by GA resolution 2006 (XIX) (http://undocs.org/en/A/RES/2006(XIX))]

Special Committee on the Charter of the United Nations and on the Strengthening of the Role of the Organization (http://legal.un.org/committees/charter/) [established by GA resolution 3349 (XXIX) (http://undocs.org/en/A/RES/3349(XXIX))]

Special Committee on the Situation with regard to the Implementation of the Declaration on the Granting of Independence to Colonial Countries and Peoples (https://www.un.org/dppa/decolonization/en/c24/about) [established by GA resolution 1654 (XVI) (http://undocs.org/en/A/RES/1654(XVI))]

Special Committee to Investigate Israeli Practices Affecting the Human Rights of the Palestinian People and Other Arabs of the Occupied Territories [established by GA resolution 2443 (XXIII) (http://undocs.org/en/A/RES/2443(XXIII))]

Observers (/en/ga/about/observers.shtml)

---

**QUICK LINKS**

Functions and Powers (/en/ga/about/background.shtml)
UN Journal (https://journal.un.org/)
News (https://www.un.org/en/ga/news/)

**KEY DOCUMENTS**

Charter of the United Nations (/en/about/un-charter)
Rules of Procedure (/en/ga/about/ropga/)
Resolutions (/en/ga/79/resolutions.shtml)

**RELATED SITES**

General Assembly President (/pga/)
General Assembly Affairs (/Depts/DGACM/)
Protocol (https://www.un.org/dgacm/en/content/protocol)

**RESOURCES**

Documents Search (/en/ga/documents/symbol.shtml)
Media Arrangements (/media/accreditation/)
Delegates' Handbook (/en/ga/79/pdf/delegates_handbook_2024

## UNITED NATIONS (HTTP://WWW.UN.ORG/EN/)

Contact (/en/contact-us-0)  |  Copyright (/en/about-us/copyright)  |  Fraud Alert (/en/about-us/fraud-alert)  |  Privacy Notice (/en/about-us/privacy-notice)  |  Site Index (/en/site-index)  |  Terms of Use (/en/about-us/terms-of-use)

(http://www.un.org/en)
عربي (https://www.un.org/ar/ga/about/subsidiary/councils.shtml)    中文 (https://www.un.org/zh/ga/about/subsidiary/councils.shtml)    Engl
Français (https://www.un.org/fr/ga/about/subsidiary/councils.shtml)    Русский (https://www.un.org/ru/ga/about/subsidiary/councils.shtml)
Español (https://www.un.org/es/ga/about/subsidiary/councils.shtml)

# General Assembly
# of the United Nations (/en/ga)

## Subsidiary organs of the General Assembly

### Assembly

United Nations Environment Assembly of the United Nations Environment Programme (UNEP)
(https://web.unep.org/environmentassembly/un-environment-assembly-and-governing-council)
[In General Assembly resolution  A/RES/67/251 (http://undocs.org/en/A/RES/67/251), the GA decided to change the
designation of the Governing Council of the United Nations Environment Programme to the United Nations Environment
Assembly of the United Nations Environment Programme. GA resolution 2997 (XXVII)
(http://undocs.org/en/A/RES/2997(XXVII)) states the objectives, functions and responsibilities of the United Nations
Environment Assembly.]

### Councils

Human Rights Council (http://www.ohchr.org/EN/HRBodies/HRC/Pages/HRCIndex.aspx) [established by GA resolution
A/RES/60/251 (http://undocs.org/en/A/RES/60/251)]

Governing Council of the United Nations Human Settlements Programme, UN - Habitat
[In General Assembly resolution 56/206 (http://undocs.org/en/A/RES/56/206), the GA decided to transform the Commission
on Human Settlements to the Governing Council of the UN Human Settlements Programme, UN-Habitat. GA resolution
32/162 (http://undocs.org/en/A/RES/32/162) states the objectives, functions and responsibilities of the Governing Council.]

Council of the United Nations University (http://unu.edu/about/unu-council) [established by GA resolution 3081 (XXVIII)
(http://undocs.org/en/A/RES/3081%28XXVIII%29)]

ABOUT THE GENERAL
ASSEMBLY

Functions and Powers of the
General Assembly
(/en/ga/about/background.shtml)

Revitalization of the work of the
General Assembly
(/en/ga/revitalization/index.shtml)

Ad Hoc Working Group
(/en/ga/revitalization/ahwg.shtml)

Outcomes of resolutions
on revitalization
(/en/ga/revitalization/outcomes.s

Current Session
(/en/ga/revitalization/current_sess

Documents on
revitalization
(/en/ga/revitalization/documents.s

Lead-up to the
establishment of the
AHWG
(/en/ga/revitalization/history.shtm

Past Sessions
(/en/ga/revitalization/past_session

Reform of the Security Council
(/en/ga/screform/)

Past Sessions
(/en/ga/screform/past_sessions.s

General Assembly Secretariat
(/en/ga/about/secretariat.shtml)

Subsidiary Organs
(/en/ga/about/subsidiary/index.shtm

Boards
(/en/ga/about/subsidiary/boards.s

Commissions
(/en/ga/about/subsidiary/commis

Committees
(/en/ga/about/subsidiary/committ

Assembly and Councils
(/en/ga/about/subsidiary/counc

Working Groups and Other
(/en/ga/about/subsidiary/other.sh

Rules of Procedure
(/en/ga/about/ropga/index.shtml)

Arrears in the payment of
contributions (Article 19)
(/en/ga/about/art19.shtml)

Observers
(/en/ga/about/observers.shtml)

| QUICK LINKS | KEY DOCUMENTS | RELATED SITES | RESOURCES |
|---|---|---|---|
| Functions and Powers (/en/ga/about/background.shtml) | Charter of the United Nations (/en/about-us/un-charter) | General Assembly President (/pga/) | Documents Search (/en/ga/documents/symbol.shtml) |
| UN Journal (https://journal.un.org/) | Rules of Procedure (/en/ga/about/ropga/) | General Assembly Affairs (/Depts/DGACM/) | Media Arrangements (/media/accreditation/) |
| News (https://www.un.org/en/ga/news/) | Resolutions (/en/ga/79/resolutions.shtml) | Protocol (https://www.un.org/dgacm/en/content/protocol) | Delegates' Handbook (/en/ga/79/pdf/delegates_handbook_2024) |

### UNITED NATIONS (HTTP://WWW.UN.ORG/EN/)

Contact (/en/contact-us-0) | Copyright (/en/about-us/copyright) | Fraud Alert (/en/about-us/fraud-alert) | Privacy Notice (/en/about-us/privacy-notice) | Site Index (/en/site-index) |
Terms of Use (/en/about-us/terms-of-use)

(http://www.un.org/en)

عربى (https://www.un.org/ar/ga/about/subsidiary/other.shtml)  中文 (https://www.un.org/zh/ga/about/subsidiary/other.shtml)  **English**

Français (https://www.un.org/fr/ga/about/subsidiary/other.shtml)  Русский (https://www.un.org/ru/ga/about/subsidiary/other.shtml)

Español (https://www.un.org/es/ga/about/subsidiary/other.shtml)

# General Assembly
## of the United Nations (/en/ga)

# Subsidiary organs of the General Assembly

## Panel

Panel of External Auditors of the United Nations, the Specialized Agencies and the International Atomic Energy Agency (/en/auditors/panel/mandate.shtml) [established by GA resolution 347 (IV) (http://undocs.org/en/A/RES/347(IV)) and 1438 (XIV) (http://undocs.org/en/A/RES/1438(XIV))]

## Working groups

Working Group on the Finance of the United Nations Relief and Works Agency for Palestine Refugees in the Near East (http://www.unrwa.org/resources/un-unrwa/5653-working-group-financing-united-nations-relief-and-works-agency-palestine) [established by GA resolution 2656 (XXV) (http://undocs.org/en/A/RES/2656(XXV))]

### Ad hoc Working Group

Ad Hoc Working Group of the Whole on the Regular Process for Global Reporting and Assessment of the State of the Marine Environment, including Socioeconomic Aspects [established by GA resolution 65/37 (http://undocs.org/en/A/RES/65/37)]

Ad Hoc Working Group on the Revitalization of the General Assembly [established by GA resolution 64/301 (http://undocs.org/en/A/RES/64/301)]

### Ad hoc Open-ended Working Groups

Ad Hoc Open-ended Working Group of the General Assembly on the Integrated and Coordinated Implementation of and Follow-up to the Major United Nations Conferences and Summits in the Economic and Social Fields [established by GA resolution 57/270 (http://undocs.org/en/A/RES/57/270A)]

Ad Hoc Open-ended Working Group of the General Assembly to follow up on the issues contained in the Outcome of the Conference on the World Financial and Economic Crisis and Its Impact on Development [established by GA resolution 63/305 (http://undocs.org/en/A/RES/63/305)]

Ad Hoc Open-ended Informal Working Group on Marine Biological Diversity beyond areas of national jurisdiction (http://www.un.org/depts/los/biodiversityworkinggroup/biodiversityworkinggroup.htm) [established by GA resolution 59/24 (http://undocs.org/en/A/RES/59/24)]

Ad Hoc Open-ended Informal Working Group to study issues relating to the conservation and sustainable use of marine biological diversity beyond areas of national jurisdiction

### Open-ended Working Groups

Open-ended Working Group on Ageing for the purpose of strengthening the protection of the human rights of older persons (http://social.un.org/ageing-working-group/) [established by GA resolution 65/182 (http://undocs.org/en/A/RES/65/182)]

Open-ended Working Group on the Causes of Conflict and the Promotion of Durable Peace and Sustainable Development in Africa [established by GA resolution 54/234 (http://undocs.org/en/A/RES/54/234)]

Open-ended Working Group on the Question of Equitable Representation on and Increase in the Membership of the Security Council and Other Matters Related to the Security Council [established by GA resolution 48/26 (http://undocs.org/en/A/RES/48/26)]

Open-ended Working Group to consider the objectives and agenda, including the possible establishment of the Preparatory Committee, for the Fourth Special Session of the General Assembly devoted to disarmament (http://www.un.org/disarmament/HomePage/SSOD/ssod4-documents.shtml) [established by GA resolution 57/61 (http://undocs.org/en/A/RES/57/61)]

Open-ended Working Group towards an Arms Trade Treaty: establishing common international standards for the import, export and transfer of conventional arms [established by GA resolution 63/240 (http://undocs.org/en/A/RES/63/240)]

**ABOUT THE GENERAL ASSEMBLY**

Functions and Powers of the General Assembly (/en/ga/about/background.shtml)

Revitalization of the work of the General Assembly (/en/ga/revitalization/index.shtml)

Ad Hoc Working Group (/en/ga/revitalization/ahwg.shtml)

Outcomes of resolutions on revitalization (/en/ga/revitalization/outcomes.shtml)

Current Session (/en/ga/revitalization/current_sess...)

Documents on revitalization (/en/ga/revitalization/documents.s...)

Lead-up to the establishment of the AHWG (/en/ga/revitalization/history.shtm...)

Past Sessions (/en/ga/revitalization/past_session...)

Reform of the Security Council (/en/ga/screform/)

Past Sessions (/en/ga/screform/past_sessions.s...)

General Assembly Secretariat (/en/ga/about/secretariat.shtml)

Subsidiary Organs (/en/ga/about/subsidiary/index.shtm...)

Boards (/en/ga/about/subsidiary/boards.s...)

Commissions (/en/ga/about/subsidiary/commis...)

Committees (/en/ga/about/subsidiary/committ...)

Assembly and Councils (/en/ga/about/subsidiary/councils...)

Working Groups and Other (/en/ga/about/subsidiary/other...)

Rules of Procedure (/en/ga/about/ropga/index.shtml)

Arrears in the payment of contributions (Article 19)

UN General Assembly - Subsidiary organs of the General Assembly: Working Groups
Case 1:24-cv-04765-AT     Document 52-1     Filed 01/13/25     Page 13 of 13
1/12/25, 5:19 PM

## Other

Joint Inspection Unit (https://www.unjiu.org/) [established by GA resolution 2150 (XXI) (http://undocs.org/en/A/RES/2150(XXI))]

United Nations Appeals Tribunal [established by GA resolution 62/228 (http://undocs.org/en/A/RES/62/228)]
*Note: As a result of the decision of the General Assembly to establish a new system of administration of justice, the UN Administrative Tribunal was abolished as of 31 December 2009 (See also GA resolution 61/261 (http://undocs.org/en/A/RES/61/261)).*

United Nations Dispute Tribunal [established by GA resolution 62/228 (http://undocs.org/en/A/RES/62/228)]
*Note: As a result of the decision of the General Assembly to establish a new system of administration of justice, the UN Administrative Tribunal was abolished as of 31 December 2009 (See also GA resolution 61/261 (http://undocs.org/en/A/RES/61/261)).*

United Nations Open-ended Informal Consultative Process on Oceans and the Law of the Sea (/Depts/los/consultative_process/consultative_process.htm) [established by GA resolution 54/33 (http://undocs.org/en/A/RES/54/33) and 57/141 (http://undocs.org/en/A/RES/57/141)]

(/en/ga/about/art19.shtml)
Observers
(/en/ga/about/observers.shtml)

**QUICK LINKS**

Functions and Powers
(/en/ga/about/background.shtml)
UN Journal (https://journal.un.org/)
News
(https://www.un.org/en/ga/news/)

**KEY DOCUMENTS**

Charter of the United Nations
(/en/about-us/un-charter)
Rules of Procedure
(/en/ga/about/ropga/)
Resolutions
(/en/ga/79/resolutions.shtml)

**RELATED SITES**

General Assembly President (/pga/)
General Assembly Affairs
(/Depts/DGACM/)
Protocol
(https://www.un.org/dgacm/en/content/protocol)

**RESOURCES**

Documents Search
(/en/ga/documents/symbol.shtml)
Media Arrangements
(/media/accreditation/)
Delegates' Handbook
(/en/ga/79/pdf/delegates_handbook_2024

## UNITED NATIONS (HTTP://WWW.UN.ORG/EN/)

Contact (/en/contact-us-0) | Copyright (/en/about-us/copyright) | Fraud Alert (/en/about-us/fraud-alert) | Privacy Notice (/en/about-us/privacy-notice) | Site Index (/en/site-index) | Terms of Use (/en/about-us/terms-of-use)

https://www.un.org/en/ga/about/subsidiary/other.shtml

Page 2 of 2