

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 17, 2025

**BY ECF**
The Honorable Analisa Torres
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

                Re:  *Estate of Tamar Kedem Siman Tov, et al. v. UNRWA, et al.*, 24 Civ. 4765 (AT)

Dear Judge Torres:

      I write respectfully on behalf of the United States of America (the "Government"), which is not a party to the above-referenced action, to request a one-week extension of the Government's time to make a submission concerning the position it has taken concerning the defendants' immunities in this action.

      As background, on July 30, 2024, and again on September 13, 2024, the Government made submissions to the Court, pursuant to 28 U.S.C. § 517, regarding the immunities of the United Nations and its officials. (See ECF Nos. 17, 38).

      On February 18, 2025, the Government requested that the Court defer taking any action concerning the immunities of the defendants until the Government had time to further consider its position. (ECF No. 57). The Government requested 60 days, or until April 21, 2025, to make a further submission. (*See id.*).

      The Government has been actively assessing its position and preparing a further submission to the Court. However, the Government requires additional time to complete its process and finalize this writing. Accordingly, the Government respectfully requests a one-week extension until April 28, 2025, to make its further submission.

      Thank you for your consideration of this request.

                Respectfully,

                MATTHEW PODOLSKY
                Acting United States Attorney

By:    */s/ Tara Schwartz*
        TARA SCHWARTZ
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel: (212) 637-2633
        Email: tara.schwartz@usdoj.gov