UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ESTATE OF TAMAR KEDEM SIMAN TOV, BY HEIR-AT-LAW GAD KEDEM, ET AL., <br><br> Plaintiffs, <br> v. <br><br> UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), ET AL., <br><br> Defendants. | § § § § § § § § § § § | Civil Action No. <br> 24 Civ. 4765 (AT) |

**DECLARATION OF JOHN W. BREWER IN REPLY TO THE DEFENDANTS' RESPONSE TO THE APRIL 24, 2025 LETTER SUMBITTED BY THE UNITED STATES GOVERMENT**

I, John W. Brewer, an attorney admitted to practice before this Court, hereby declare the following to be true and correct under penalty of perjury pursuant to 28 U.S.C § 1746:

1. I am of counsel to Amini LLC, attorneys for the Plaintiffs in the above-captioned action. I respectfully submit this Declaration in Reply to the Defendants' Response to the April 24, 2025 Letter Submitted by the United States Government. To avoid potential confusion, the exhibit hereto is lettered consecutively with those submitted with my prior declaration, Doc. No. 52.

2. Attached as Exhibit T is a true and correct copy of pertinent excerpts from the United Nations Juridical Yearbook 2000, which can as of today be found at

https://legal.un.org/unjuridicalyearbook/pdfs/english/volumes/2000.pdf

Dated: New York, New York
       June 13, 2025

                                                   */s / John W. Brewer*
                                                    John W. Brewer