**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ESTATE OF TAMAR KEDEM SIMAN TOV, BY
HEIR-AT-LAW GAD KEDEM, ESTATE OF 0. S.
T., BY HEIR-AT-LAW GAD KEDEM, GAD
KEDEM, INDIVIDUALLY, REUMA KEDEM,
TALIA BINER, ESTHER BINER, DITZA HEIMAN,
NETA HEIMAN MINA, DAFNA SHAY HEIMAN,
GIDEON HEIMAN GLATT, YASMIN BEN GIGI,
MAA YAN ELIAZ, INDIVIDUALLY, ESTATE OF
DIKLA ARA VA ELIAZ, BY HEIR-AT-LAWS
ODIN ELIAZ AND STAV ELIAZ, ESTATE OF
T.E., MINOR CHILD, BY HEIR-AT-LAW
MAA YAN ELIAZ, ODIN ELIAZ,
INDIVIDUALLY, STAV ARAVA ELIAZ,
INDIVIDUALLY, DOV ELIAZ, YIFAT TANAMI,
SAGI ARA VA, ALON ARA VA, HADAR BEN
DAVID, LIAT KOPERSTEIN, Y ALI
KOPERSTEIN, ZIV KOPERSTEIN, NAAMA
KOPERSTEIN, GONI KOPERSTEIN A VNI, RAN
AHARON A VNI, MAA YAN ZIN,
INDIVIDUALLY, D.E., MINOR CHILD, BY
LEGAL GUARDIAN MAA YAN ZIN, E.E., MINOR
CHILD, BY LEGAL GUARDIAN MAA YAN ZIN,
MERA V TAL (T AL ALF ASI), RACHEL
ALFENDRI, TOMER TAL ALF ASI, ORI TAL ALF
ASI, KEREN BLANK, SIGALIT SHARABI,
VIKTOR RAHMILOV, GALINA RAHMILOV,
INDIVIDUALLY, SOFIA HODEDATOV, SIGAL
BENBENISTE, NATALI RAHMILOV, E.L.R,
MINOR CHILD, BY LEGAL GUARDIAN GALINA
RAHMILOV, TAMIR HODEDATOV, HANANEL
BENBENISTE, EFIM SOLOMONOV, ESTATE OF
YUV AL BAR-ON, BY HEIRS-AT-LAW ORIT
BAR-ON AND ITZHAK BAR-ON, ORIT BAR-ON,
INDIVIDUALLY, ITZHAK BAR-ON,
INDIVIDUALLY, ESTATE OF MOSHE SHUV A,
BY HEIR-AT-LAW YOSSEF
SHUV A, YOSSEF SHUV A, INDIVIDUALLY,
SONIA SHUV A, MAA YAN DEVIKO, SHIMON
SHUV A, ESTATE OF DROR KAPLUN, BY
HEIRS-AT-LAW NOAM KAPLUN, MAAYAN
KAPLUN KEIDAR, MORAN KAPLUN
(TARASOV), NOAM KAPLUN, INDIVIDUALLY,
MAAYAN KAPLUN KEIDAR, INDIVIDUALLY,
MORAN KAPLUN (TARASOV), INDIVIDUALLY,
ESTATE OF MARCEL FRAILICH, BY HEIRS-AT-

LAW MOR FRIDA STRIKOVKI, ZIV FRAILICH,
AMIT FRAILICH, MOR FRIDA STRIKOVSKI,
INDIVIDUALLY, ZIV FRAILICH,
INDIVIDUALLY, AMIT FRAILICH,
INDIVIDUALLY, SHARON CASPI, AMIT CASPI,
INDIVIDUALLY, NIV CASPI, MAY CASPI, S. C.,
MINOR CHILD, BY LEGAL GUARDIAN AMIT
CASPI, ESTATE OF VARDA HARAMATY, BY
HEIR-AT-LAW AYELET HARAMATI MIZRAHI,
AYELET HARAMATI MIZRAHI,
INDIVIDUALLY, AVRAHAM MIZRAHI,
ITAMAR MIZRAHI, TOMER MIZRAHI, EDITH
HYAMS, ASHER SABAG, MICHAL SABAG, DOR
MICHAEL SABAG, DANNY OFER VAGE,
INDIVIDUALLY, GAT VAGE, H. V., MINOR
CHILD, BY LEGAL GUARDIAN DANNY OFER
VAGE, S. V., MINOR CHILD, BY LEGAL
GUARDIAN DANNY OFER VAGE, ESTATE OF
MARK SHINDEL, BY HEIR-AT-LAW JULIA
SHINDEL, JULIA SHINDEL, INDIVIDUALLY,
IGOR SHINDEL, GUY SHINDEL, B. S., MINOR
CHILD, BY LEGAL GUARDIAN JULIA
SHINDEL, ESTATE OF YUVAL SALOMON, BY
HEIR-AT-LAW DORON SALOMON, DORON
SALOMON, INDIVIDUALLY, ESTATE OF GAYA
HALIFA, BY HEIR-AT-LAW AVRAHAM
HALIFA, AVRAHAM HALIFA, INDIVIDUALLY,
SIGAL HALIFA, NOGA HALIFA, IDO HALIFA,
IRIT LAHAV, TAMAR LAHAV, ELIYAHU
HANAN BUCH, NITZAN LAHAV-PASTER,
YAARA SZATMARI, ILAN LAHAV, GALIT
LAHAV, INDIVIDUALLY, GUI LAHAV, R. L.,
MINOR CHILD, BY LEGAL GUARDIAN GALIT
LAHAV, AND OMER LAHAV,

                          Plaintiffs,

          -against-                                    24 **CIVIL** 4765 (AT)

                                                       **<u>JUDGMENT</u>**

UNITED NATIONS RELIEF AND WORKS
AGENCY ("UNRWA"), PHILIPPE LAZZARINI,
PIERRE KRÄHENBÜHL, FILIPPO GRANDI, LENI
STENSETH, SANDRA MITCHELL, MARGOT
ELLIS, AND GRETA GUNNARSDOTTIR,

                          Defendants.

--------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 30, 2025, this Court lacks subject matter jurisdiction over Plaintiffs' claims. Defendants' motion to dismiss is GRANTED, and the complaint DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**