UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF TAMAR KEDEM SIMAN TOV, BY HEIR-AT-LAW GAD KEDEM, ET AL., <br><br>                         Plaintiffs, <br><br>v. <br><br>UNITED NATIONS RELIEF AND WORKS AGENCY ("UNRWA"), ET AL., <br>                         Defendants. | Case 24-cv-4765 (AT) <br><br>**NOTICE OF APPEAL** |

Notice is hereby given, pursuant to Fed. R. App. P. 4(a), that plaintiffs appeal to the United

States Court of Appeals for the Second Circuit from the Opinion & Order, entered September 30,

2025 (ECF #69), and the Clerk's Judgment, entered September 30, 2025 (ECF #70), that dismissed

the complaint.

Dated:  New York, NY
          October 29, 2025

Amini LLC

/s/ Avery Samet
Bijan Amini
Avery Samet
John W. Brewer
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
asmet@aminillc.com
jbrewer@aminillc.com

MM~LAW LLC

/s/ Gavriel Mairone
Gavriel Mairone (admitted to S.D.N.Y. Bar)
Ariel Mairone (N.Y. state bar # 4993259,
pro hac vice application to be filed)
Jonathan Goldberg (pro hac vice application
to be filed)
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Tel. (312) 253-7444

*Attorneys for Plaintiffs*

Of Counsel:
Mark Sunshine, Esq.
Thomas Berner, Esq.